IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUTUAL INDUSTRIES, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-5007 |
| AMERICAN INTERNATIONAL INDUSTRIES | : | |
| | : | |

### ORDER

**AND NOW**, this   11th   day of   October  , 2011, upon consideration of Defendant American International Industries's Motion for a More Definite Statement (ECF No. 3), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is granted to the extent that Plaintiff shall file an amended complaint which includes the dates of execution of the VNC Northeast Agreement and the VNC West Coast Agreement.

2. In all other respects, Defendant's Motion is denied.

**IT IS SO ORDERED.**

                                                 **BY THE COURT:**

                                                 **R. BARCLAY SURRICK, J.**