# EXHIBIT "9"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MUTUAL INDUSTRIES, INC.,          )
                                  )
     PLAINTIFF,                   )
                                  )
vs.                               ) CASE NO. 2:11-CV-05007-RBS
                                  )
AMERICAN INTERNATIONAL            )
INDUSTRIES,                       )
                                  )
     DEFENDANTS.                  )
                                  )



     DEPOSITION OF ZVI RYZMAN, TAKEN ON BEHALF OF THE

PLAINTIFF, AT 350 SOUTH FIGUEROA STREET, SUITE 270, LOS

ANGELES, CALIFORNIA, COMMENCING AT 8:00 A.M., TUESDAY,

SEPTEMBER 25, 2012, BEFORE APRIL CRUZ CACULITAN, CERTIFIED

SHORTHAND REPORTER NO. 12437.

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFFS:

 4         LUNDY, BELDECOS & MILBY, PC
           BY:  ERIC C. MILBY, ESQ.
 5         450 NORTH NARBERTH AVENUE
           SUITE 200
 6         NARBERTH, PENNSYLVANIA 19072
           (610) 668-0773
 7

 8    FOR THE DEFENDANTS:

 9         MC CORMICK & PRIORE, PC
           BY:  PHILIP D. PRIORE, ESQ.
10         1600 JOHN F. KENNEDY BOULEVARD
           SUITE 800
11         PHILADELPHIA, PENNSYLVANIA 19103
           (215) 972-0161
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                           INDEX

2

3   DEPONENT      ZVI RYZMAN                        PAGE

4   EXAMINATION

5   BY MR. MILBY                                      5

6

7   EXHIBITS FOR IDENTIFICATION

8   NO.              DESCRIPTION                    PAGE

9   1           NOTICE OF RESCHEDULED DEPOSITION      8
                (3 PAGES)
10
    2           DEFENDANT'S OBJECTIONS TO             8
11              PLAINTIFF'S NOTICE OF DEPOSITION
                (2 PAGES)
12
    3           COPY OF A BUSINESS CARD (1 PAGE)     23
13
    4           COLOR COPY OF A PHOTOGRAPH (1 PAGE)  46
14
    5           ANSWER TO PLAINTIFF'S AMENDED        55
15              COMPLAINT WITH COUNTERCLAIM AND
                AFFIRMATIVE DEFENSES (31 PAGES)
16
    6           COPY OF A MAGAZINE COVER AND ARTICLE 72
17              (6 PAGES)

18

19

20

21

22

23

24

25
```

```
1              LOS ANGELES, CALIFORNIA;

2         TUESDAY, SEPTEMBER 25, 2012, 8:05 P.M.

3

4              THE VIDEOGRAPHER:  Good morning.  We are on    08:05:38

5    the record at 8:05 a.m.  Today's date is September 25th,  08:05:39

6    2012.  My name is Christabel Rivero.  I am the video      08:05:45

7    technician with JTV Litigation Services Incorporated,     08:05:50

8    located in Los Angeles.                                   08:05:56

9              We are taping these proceedings at 350 South    08:05:58

10   Figueroa Street, Los Angeles, California.  This is Tape   08:06:02

11   1 for the videotaped deposition of Mr. Zvi Ryzman, in     08:06:05

12   the action entitled Mutual Industries Inc. versus         08:06:10

13   American International Industries.                         08:06:14

14             This deposition is being taken on behalf of     08:06:15

15   the plaintiffs.  The Case Number is 2:11-CV-05007-RBC     08:06:19

16   (sic).                                                    08:06:26

17             Now, may I please have introductions with the   08:06:27

18   record beginning with the witness.                        08:06:31

19             THE WITNESS:  Zvi Ryzman.                        08:06:33

20             MR. MILBY:  Eric Milby, counsel for Mutual      08:06:34

21   Industries.                                               08:06:37

22             MR. PRIORE:  Good morning.  Philip Priore of    08:06:39

23   McCormick & Priore.  Our firm represents American         08:06:39

24   International Industries.                                  08:06:40

25   ///                                                       08:06:41
```

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | /// | 08:06:41 |
| 2 | ZVI RYZMAN, | 08:06:41 |
| 3 | having been first duly affirmed by the reporter, was | 08:06:41 |
| 4 | examined and testified as follows: | 08:06:41 |
| 5 | | 08:06:41 |
| 6 | EXAMINATION | 08:06:41 |
| 7 | BY MR. MILBY: | 08:06:53 |
| 8 | Q    Good morning, Mr. Ryzman. | 08:06:54 |
| 9 | A    Good morning. | 08:06:56 |
| 10 | Q    My name is Eric Milby, and I represent Mutual | 08:06:56 |
| 11 | Industries in this matter. | 08:07:00 |
| 12 | Have you ever had your deposition taken | 08:07:02 |
| 13 | before. | 08:07:04 |
| 14 | A    Yes, I did. | 08:07:04 |
| 15 | Q    How long ago? | 08:07:07 |
| 16 | A    A couple of months ago. | 08:07:10 |
| 17 | Q    In a business related case? | 08:07:11 |
| 18 | A    Yes. | 08:07:13 |
| 19 | Q    Okay.  I'll just remind you of the rules.  You | 08:07:15 |
| 20 | would probably prefer them fresh in your mind. | 08:07:17 |
| 21 | Sitting to your right is the court reporter | 08:07:19 |
| 22 | who's going to take down everything you and I discuss | 08:07:22 |
| 23 | today.  So in order for her to do her job properly we | 08:07:24 |
| 24 | can't speak over each other. | 08:07:28 |
| 25 | You'll have to wait for me to finish my | 08:07:30 |

| | | |
|---|---|---|
| 1 | question before you begin to answer.  And likewise, I | 08:07:33 |
| 2 | will have to wait for you to answer before I ask the | 08:07:34 |
| 3 | next question. | 08:07:39 |
| 4 | All of the answers must be verbal.  She can't | 08:07:40 |
| 5 | take down a shrug of the shoulders or nod of the head, | 08:07:42 |
| 6 | any kind of gesture. | 08:07:42 |
| 7 | If there's any question that I ask you that's | 08:07:43 |
| 8 | at all confusing or you're just not clear on what my | 08:07:45 |
| 9 | question is, please ask me to rephrase it. | 08:07:49 |
| 10 | There's not any trick questions and we don't | 08:07:52 |
| 11 | want you to be confused by my questions.  So if it's at | 08:07:55 |
| 12 | all confusing, please just ask to rephrase and I'll be | 08:07:58 |
| 13 | happy to do so. | 08:08:02 |
| 14 | If there's any answer that you give that's a | 08:08:03 |
| 15 | guess or estimate, that's fine.  Just make sure that you | 08:08:07 |
| 16 | indicate to us that you are estimating or guessing or | 08:08:09 |
| 17 | giving us a reasonable approximation. | 08:08:13 |
| 18 | Do you understand all of those instructions? | 08:08:15 |
| 19 | A     Yes. | 08:08:16 |
| 20 | Q     Okay.  Are you taking any medications or -- | 08:08:17 |
| 21 | that might affect your ability to recall events or | 08:08:21 |
| 22 | testify truthfully here today? | 08:08:25 |
| 23 | A     Not that I know of. | 08:08:28 |
| 24 | Q     I'm going to show you a copy of your | 08:08:31 |
| 25 | deposition notice.  We'll mark it Exhibit 1. | 08:08:33 |

1           (Deposition Exhibit 1 was marked for     08:08:37

2          identification.)                        08:08:37

3           MR. PRIORE:  Thanks.  And we have a formal    08:08:40

4 response to that, which I'd like to mark as Exhibit 2,   08:08:42

5 that discusses our position with regard to request for   08:08:45

6 certain documents.                           08:08:49

7           MR. MILBY:  Okay.                  08:08:50

8           MR. PRIORE:  That copy is for you.  I didn't   08:08:52

9 have a stapler.  So we can give this to the court    08:08:54

10 reporter.                                 08:08:56

11           (Deposition Exhibit 2 was marked for     08:08:56

12          identification.)                        08:08:56

13           MR. PRIORE:  Mark, I will tell you that a    08:09:17

14 search was performed and no records were found that were 08:09:18

15 responsive, other than there are records I pulled    08:09:21

16 relating to Mutual and Mastex.               08:09:24

17          But they all had to do with the prior     08:09:27

18 litigations between the two companies.  So our position 08:09:29

19 is that they're not discoverable in this litigation.   08:09:32

20           MR. MILBY:  Okay.  We'll take this up later.   08:09:39

21 BY MR. MILBY:                             08:09:41

22     Q    I've shown you a copy of your deposition    08:09:41

23 and -- deposition notice rather.  As we discussed    08:09:43

24 previously, off the record, I recognize now that I've   08:09:47

25 been misspelling you're last name.  It's R-Y-Z-M-A-N.  I 08:09:51

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | apologize for that. | 08:09:56 |
| 2 | My next question to you was going to be have | 08:09:57 |
| 3 | you brought any documents with you today.  And I | 08:09:59 |
| 4 | understand from the Exhibit 2, that you've just provided | 08:10:01 |
| 5 | to me, that you did not bring any documents with you | 08:10:05 |
| 6 | today; is that correct? | 08:10:07 |
| 7 | A    Correct. | 08:10:09 |
| 8 | Q    Okay.  Do you regularly use e-mail in the | 08:10:09 |
| 9 | course of your day-to-day business operations? | 08:10:36 |
| 10 | A    Yes. | 08:10:39 |
| 11 | MR. PRIORE:  Objection to form. | 08:10:39 |
| 12 | But go ahead. | 08:10:40 |
| 13 | BY MR. MILBY: | 08:10:44 |
| 14 | Q    Did -- do you e-mail with the rep groups that | 08:10:44 |
| 15 | you use? | 08:10:47 |
| 16 | A    No. | 08:10:48 |
| 17 | Q    Do you e-mail with any of the individuals that | 08:10:51 |
| 18 | are employed by the rep groups? | 08:10:53 |
| 19 | A    No. | 08:10:55 |
| 20 | Q    Let's talk about the rep groups.  When I say | 08:11:04 |
| 21 | "you," I mean American International Industries.  What | 08:11:07 |
| 22 | rep groups do you use in the United States? | 08:11:11 |
| 23 | MR. PRIORE:  Is this currently? | 08:11:14 |
| 24 | BY MR. MILBY: | 08:11:14 |
| 25 | Q    Let's do it both ways.  Let's do it currently. | 08:11:15 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | Who do you use? | 08:11:19 |
| 2 | A      Depends on which territory. | 08:11:23 |
| 3 | Q      Okay.  So let's break it down.  There would be | 08:11:25 |
| 4 | five territories in the United States; is that correct? | 08:11:28 |
| 5 | A      The West, East -- actually, four I think. | 08:11:42 |
| 6 | Q      You say "four"? | 08:11:50 |
| 7 | A      Yeah. | 08:11:50 |
| 8 | Q      Okay.  I've been told there was the West | 08:11:51 |
| 9 | Coast.  Is that one territory? | 08:11:53 |
| 10 | A      Mm-hm. | 08:12:02 |
| 11 | MR. PRIORE:  Indicating "yes." | 08:12:03 |
| 12 | BY MR. MILBY: | 08:12:03 |
| 13 | Q      The West Coast is a territory? | 08:12:03 |
| 14 | A      Yes. | 08:12:04 |
| 15 | Q      Southeast? | 08:12:04 |
| 16 | A      Southeast, right. | 08:12:04 |
| 17 | Q      Northeast? | 08:12:05 |
| 18 | A      Northeast, right. | 08:12:07 |
| 19 | Q      Okay.  Let's talk about the West Coast. | 08:12:29 |
| 20 | What -- I have a feeling there's another | 08:12:32 |
| 21 | territory that I'm missing? | 08:12:34 |
| 22 | A      Possibly. | 08:12:36 |
| 23 | Q      Let's talk about the West Coast.  What rep | 08:12:36 |
| 24 | group does you use on the West Coast? | 08:12:39 |
| 25 | MR. PRIORE:  Currently? | 08:12:45 |

| | | | |
|---|---|---|---|
| 1 | | MR. MILBY:  Currently. | 08:12:46 |
| 2 | | THE WITNESS:  A guy named Chishna (phonetic | 08:12:50 |
| 3 | spelling). | | 08:12:51 |
| 4 | BY MR. MILBY: | | 08:12:53 |
| 5 | Q | That's Harland Kirschner? | 08:12:55 |
| 6 | A | And some others but I don't know their names. | 08:12:58 |
| 7 | Q | How about in the Midwest? | 08:13:01 |
| 8 | A | Midwest.  I don't know the name of the group. | 08:13:07 |
| 9 | Q | What's the name of the group? | 08:13:31 |
| 10 | A | I deal with -- | 08:13:33 |
| 11 | | MR. PRIORE:  You've answered the question, you | 08:13:34 |
| 12 | don't remember.  That's fine. | | 08:13:36 |
| 13 | BY MR. MILBY: | | 08:13:38 |
| 14 | Q | Did -- when I'm asking these questions, are | 08:13:39 |
| 15 | you answering with respect to the individual reps or the | | 08:13:41 |
| 16 | rep groups? | | 08:13:45 |
| 17 | A | The rep groups. | 08:13:46 |
| 18 | Q | Harland Kirschner, you're not referring to the | 08:13:48 |
| 19 | man? | | 08:13:52 |
| 20 | A | No. | 08:13:53 |
| 21 | Q | How about VNC? | 08:13:54 |
| 22 | A | Huh? | 08:13:57 |
| 23 | Q | VNC, do you use them in the Midwest? | 08:13:55 |
| 24 | A | I don't know who VNC is. | 08:14:00 |
| 25 | Q | Do you know Kevin VanNest? | 08:14:02 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Kevin VanNest, yes. | 08:14:09 |
| 2 | Q | Do you use his company? | 08:14:11 |
| 3 | A | I use him.  I don't think in the Midwest.  I | 08:14:13 |
| 4 | | think he's in Texas or something. | 08:14:15 |
| 5 | Q | Okay.  And how about Charlie Coleman, do you | 08:14:19 |
| 6 | | know Charlie Coleman? | 08:14:28 |
| 7 | A | Yes. | 08:14:30 |
| 8 | Q | Do you use his company? | 08:14:30 |
| 9 | A | Yes, I do. | 08:14:32 |
| 10 | Q | Do you know where you use Charlie Coleman? | 08:14:33 |
| 11 | A | He's from Texas. | 08:14:40 |
| 12 | Q | Yes.  He is Kevin VanNest's partner? | 08:14:41 |
| 13 | A | From Texas. | 08:14:44 |
| 14 | Q | Texas is the only place you can think that you | 08:14:45 |
| 15 | | use him? | 08:14:48 |
| 16 | A | I don't know. | 08:14:48 |
| 17 | Q | How about Southeast, do you know which | 08:14:49 |
| 18 | | companies American International uses in the Southeast? | 08:14:55 |
| 19 | A | Yes. | 08:15:10 |
| 20 | Q | Whose that? | 08:15:11 |
| 21 | A | Harland Kirschner. | 08:15:14 |
| 22 | Q | Okay.  Anyone else? | 08:15:15 |
| 23 | A | His group. | 08:15:22 |
| 24 | Q | Just him? | 08:15:22 |
| 25 | A | His group, yeah. | 08:15:23 |

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  How about in the Northeast? | 08:15:24 |
| 2 | A | Okay. | 08:15:35 |
| 3 | Q | Do you know who you use in the Northeast? | 08:15:37 |
| 4 | A | Gary Udell (phonetic spelling). | 08:15:42 |
| 5 | Q | I'm sorry? | 08:15:45 |
| 6 | A | Gary Udell. | 08:15:45 |
| 7 | Q | Anyone else in the Northeast? | 08:15:47 |
| 8 | A | One of the groups -- there's one group, Chuck | 08:15:54 |
| 9 | | Cohen (phonetic spelling).  I don't know his group's | 08:15:57 |
| 10 | | name. | 08:16:00 |
| 11 | Q | That would be CFN? | 08:16:04 |
| 12 | A | CFN. | 08:16:06 |
| 13 | Q | Okay.  Have the rep groups that you use in | 08:16:07 |
| 14 | | these territories changed since July of 2010? | 08:16:58 |
| 15 | A | No clue. | 08:17:02 |
| 16 | Q | You don't know. | 08:17:04 |
| 17 | | Let's talk a little bit about your position, | 08:17:06 |
| 18 | | your day-to-day business and your company.  For | 08:17:09 |
| 19 | | starters, when was American International formed? | 08:17:13 |
| 20 | A | 1971. | 08:17:20 |
| 21 | Q | And are you the founder? | 08:17:21 |
| 22 | A | Yes, I am. | 08:17:23 |
| 23 | Q | It's a privately held company? | 08:17:24 |
| 24 | A | Yes, it is. | 08:17:26 |
| 25 | Q | And you're the sole owner? | 08:17:27 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | No. | 08:17:29 |
| 2 | Q | Who else owns the company? | 08:17:29 |
| 3 | A | It's not -- I'm not the owner.  It's a | 08:17:31 |
| 4 | | corporation who owns it.  A corporation called Glamor | 08:17:35 |
| 5 | | Industries. | 08:17:38 |
| 6 | Q | Can you spell that? | 08:17:40 |
| 7 | A | Glamuor, G-L-A-M-U-O-R (sic), Industries. | 08:17:41 |
| 8 | Q | And who owns Glamor Industries? | 08:17:49 |
| 9 | A | I own it. | 08:17:52 |
| 10 | Q | Glamor Industries is a corporation? | 08:17:53 |
| 11 | A | Yes, it. | 08:17:56 |
| 12 | Q | Are you the only shareholder? | 08:17:57 |
| 13 | A | My wife. | 08:17:59 |
| 14 | Q | Your wife and you? | 08:17:59 |
| 15 | A | (Inaudible response.) | 08:18:02 |
| 16 | Q | Does your wife work in the company or is she | 08:18:03 |
| 17 | | just a -- | 08:18:06 |
| 18 | A | She doesn't. | 08:18:07 |
| 19 | Q | So the -- if I understand you correctly, the | 08:18:17 |
| 20 | | stock of American International Industry is 100 percent | 08:18:20 |
| 21 | | owned by Glamor Industries? | 08:18:23 |
| 22 | A | No. | 08:18:25 |
| 23 | Q | Okay. | 08:18:27 |
| 24 | A | Glamor Industries has other partners. | 08:18:28 |
| 25 | Q | Has other partners in American International? | 08:18:31 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Right. | 08:18:34 |
| 2 | Q | Who are the other partners in International? | 08:18:35 |
| 3 | A | ARYZ Corporation. | 08:18:41 |
| 4 | Q | Can you spell that? | 08:18:43 |
| 5 | A | A-R-Y-Z. | 08:18:44 |
| 6 | Q | Are you the owner of ARYZ Corporation? | 08:18:47 |
| 7 | A | No, I'm not. | 08:18:50 |
| 8 | Q | Who's the owner? | 08:18:51 |
| 9 | A | One of my children. | 08:18:52 |
| 10 | Q | Any other companies own stock in American | 08:18:58 |
| 11 | | International? | 08:19:00 |
| 12 | A | Yes. | 08:19:02 |
| 13 | Q | Who? | 08:19:02 |
| 14 | A | SRYZ. | 08:19:03 |
| 15 | Q | And who owns the stock of SRYZ? | 08:19:07 |
| 16 | A | One of my children. | 08:19:12 |
| 17 | Q | Any other companies own stock in American | 08:19:13 |
| 18 | | International? | 08:19:15 |
| 19 | A | ERX Corporation. | 08:19:19 |
| 20 | Q | Is that also owned by your children? | 08:19:20 |
| 21 | A | Yes. | 08:19:24 |
| 22 | Q | Any other companies own stock in American | 08:19:25 |
| 23 | | International? | 08:19:25 |
| 24 | A | ARZI Properties, Inc. | 08:19:26 |
| 25 | Q | And who owns ARZI Properties, Inc.? | 08:19:35 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | One of my children. | 08:19:40 |
| 2 | Q | Any other companies own stock in American | 08:19:41 |
| 3 | International? | | 08:19:43 |
| 4 | A | No. | 08:19:45 |
| 5 | Q | Is -- how many children do you have? | 08:19:48 |
| 6 | A | Four. | 08:19:50 |
| 7 | Q | So there's one company for each child? | 08:19:51 |
| 8 | A | Yes. | 08:19:54 |
| 9 | Q | Anybody outside of your family own American | 08:19:58 |
| 10 | International stock? | | 08:20:00 |
| 11 | A | No. | 08:20:02 |
| 12 | Q | Anybody outside your family -- I think you | 08:20:03 |
| 13 | already answered this, but is anybody outside your | | 08:20:06 |
| 14 | family, anybody other than you and your wife, own stock | | 08:20:09 |
| 15 | in Glamor Industries? | | 08:20:18 |
| 16 | A | No. | 08:20:20 |
| 17 | Q | Does Glamor Industries have any revenue, other | 08:20:23 |
| 18 | than the revenue that it earns from American | | 08:20:26 |
| 19 | International Industries? | | 08:20:29 |
| 20 | MR. PRIORE: Objection to form. | | 08:20:32 |
| 21 | You can answer. | | 08:20:33 |
| 22 | THE WITNESS: I know, but I have to ask my | | 08:20:34 |
| 23 | CPA. I don't know to say yes or no. It's irrelevant | | 08:20:38 |
| 24 | for all purposes to answer that. I don't want to say | | 08:20:44 |
| 25 | yes or no. I don't know. | | 08:20:47 |

```
1    BY MR. MILBY:                                        08:20:49
2         Q    Let me ask it a better way.                08:20:50
3              Is Glamor Industries primary revenue source 08:20:51
4    the money that it earns from owning American          08:20:55
5    International?                                         08:20:58
6              MR. PRIORE:  Object.                         08:21:01
7              But you can answer.                          08:21:02
8              THE WITNESS:  I'm not so sure.  I won't      08:21:04
9    answer.                                               08:21:05
10   BY MR. MILBY:  Okay.  Describe for me, in your words, 08:21:20
11   what is American International's business?             08:21:23
12        A    Manufacturing and distributing beauty product. 08:21:34
13        Q    How does American International rank in      08:21:49
14   comparison to other privately held manufacturers and  08:21:54
15   distributors in the beauty industry?                  08:22:00
16        A    No clue.                                     08:22:03
17             MR. PRIORE:  Objection to form.              08:22:04
18             Go ahead.                                    08:22:05
19   BY MR. MILBY:                                          08:22:05
20        Q    You don't know if it's the largest or --     08:22:05
21        A    No clue.                                     08:22:08
22        Q    Do you know of any other competitors in that 08:22:09
23   industry that are similar to -- size to American       08:22:13
24   International?                                          08:22:15
25        A    No clue.                                     08:22:16
```

Zvi Ryzman   September 25, 2012

1         MR. PRIORE:  Object to form.                    08:22:18

2    BY MR. MILBY:                                        08:22:19

3         Q    What is American International -- in 2011,  08:22:20

4    what was American International's gross revenue?      08:22:22

5         MR. PRIORE:  What's the relevance of that?      08:22:28

6         MR. MILBY:  Size of the company.               08:22:32

7         MR. PRIORE:  Well, if it's public information,  08:22:33

8    that's one thing.  If it's private information, I don't  08:22:35

9    think it should be.                                  08:22:38

10        MR. MILBY:  It's relevant for the purposes of  08:22:39

11   this proceeding.                                     08:22:41

12        MR. PRIORE:  I can't get any financial          08:22:42

13   documents from Mutual, who's making a claim.  I don't  08:22:44

14   think it's appropriate that Mr. Ryzman have to give up  08:22:47

15   any type of financial information related to American.  08:22:50

16   We're not making any claim.                          08:22:53

17        I'm very uncomfortable giving out any           08:22:54

18   financial information, just like you felt your guy's  08:22:58

19   financial information was proprietary.  He wasn't going  08:23:01

20   to give it to me.  We're in the same boat.           08:23:04

21        MR. MILBY:  You're talking about sales.  The    08:23:07

22   information that you want, sales of particular products,  08:23:08

23   to whom.                                             08:23:12

24        Those are the kind of what I'll call "trade     08:23:12

25   secrets" that I'm not intending to ask Mr. Ryzman.   08:23:15

1        I'm looking for gross numbers and the size of        08:23:18

2   the company.  It doesn't reveal much of anything.  It     08:23:21

3   probably is fairly well known in the industry, anyway.    08:23:24

4        MR. PRIORE:  I don't know that it's fairly           08:23:28

5   well known in the industry.  My position remains the      08:23:30

6   same.  I think it's privileged information.  Not at all   08:23:33

7   relevant to this case.  Not even for discovery purposes.  08:23:36

8        MR. MILBY:  I believe it it's relevant and I         08:23:41

9   think it's something we're going to have to come back     08:23:42

10  to.  So ...                                               08:23:44

11       MR. PRIORE:  I mean, if it's public                  08:23:48

12  information, you can get it publicly.                      08:23:49

13  BY MR. MILBY:                                             08:24:01

14       Q   Do you know what the value of American            08:24:01

15  International Industries is?                              08:24:02

16       MR. PRIORE:  Same objection.                          08:24:07

17       MR. MILBY:  Are you instructing him not to            08:24:08

18  answer?                                                   08:24:09

19       MR. PRIORE:  Yes.  I don't know what it means.        08:24:10

20  I think you would have to get a some type of accountant   08:24:12

21  to do a valuation to say, at this moment, what is the     08:24:15

22  value of American International.                          08:24:19

23       And I think it's vague.  Not capable of being        08:24:20

24  answered on that basis, as well --                        08:24:24

25  ///

Zvi Ryzman   September 25, 2012

```
 1              MR. MILBY:  I'm not asking what the value is.     08:24:26

 2     BY MR. MILBY:                                              08:24:30

 3         Q    Do you know what the value of your company is?    08:24:30

 4         A    No.                                               08:24:30

 5         Q    Do you have an idea?                              08:24:30

 6         A    No.                                               08:24:30

 7         Q    Do you have a range?                              08:24:30

 8         A    No.                                               08:24:30

 9         Q    Do you know if it is more than $10 million?       08:24:30

10              MR. PRIORE:  Same objections.  We are not         08:24:33

11     getting into this.                                         08:24:33

12              THE WITNESS:  (Inaudible response.)               08:24:35

13              THE REPORTER:  I'm sorry, I can't --              08:24:42

14              MR. PRIORE:  You can't talk to me.                08:24:44

15     BY MR. MILBY:                                              08:24:51

16         Q     Did -- how many different brands does            08:24:51

17     American International manufacture?                        08:24:57

18         A     Over 30.                                         08:25:08

19         Q     And if you can tell me, not with respect to      08:25:24

20     each brand, but across those 30 brands, what type of      08:25:27

21     beauty products does American International sell?          08:25:30

22         A     Nail product, skin product, eye product, feet   08:25:35

23     product, hair product, men's product, women's product.    08:25:47

24         Q     Appliances as well?                              08:25:58

25              MR. PRIORE:  Objection to form.                   08:26:00
```

| | | |
|---|---|---|
| 1 | But go ahead. | 08:26:02 |
| 2 | THE WITNESS:  Almost none.  Almost none.  Very | 08:26:04 |
| 3 | few. | 08:26:06 |
| 4 | BY MR. MILBY: | 08:26:06 |
| 5 | Q    Okay.  And let me make sure my question was | 08:26:06 |
| 6 | clear. | 08:26:15 |
| 7 | I'm asking you what products American | 08:26:15 |
| 8 | International sells, not necessarily manufactures. | 08:26:17 |
| 9 | Would your answer be the same? | 08:26:21 |
| 10 | MR. PRIORE:  Your question was manufacture. | 08:26:24 |
| 11 | Are you changing? | 08:26:25 |
| 12 | BY MR. MILBY: | 08:26:26 |
| 13 | Q    You answered what products American | 08:26:26 |
| 14 | International manufactures? | 08:26:28 |
| 15 | A    Yes. | 08:26:31 |
| 16 | Q    Okay.  What products does American | 08:26:31 |
| 17 | International sell that are manufactured for it? | 08:26:34 |
| 18 | A    As I mentioned before, nail product, hair | 08:26:44 |
| 19 | product, eye product, feet product, men's product, | 08:26:45 |
| 20 | women's product. | 08:26:45 |
| 21 | Q    Okay.  Does it sell appliances that are | 08:26:53 |
| 22 | manufactured for it? | 08:27:03 |
| 23 | A    Very few. | 08:27:04 |
| 24 | Q    Okay.  What are those appliances? | 08:27:06 |
| 25 | A    Wax machines, nail machines, and -- what do | 08:27:13 |

Zvi Ryzman   September 25, 2012

```
 1    you call this, paraffin machine.                      08:27:33
 2         Q    What American International brands sell      08:27:57
 3    muslin?                                                08:28:02
 4              MR. PRIORE:  We're talking currently as      08:28:08
 5    opposed to any other point in time?                    08:28:10
 6              MR. MILBY:  Yes.                              08:28:12
 7              THE WITNESS:  Gigi, I think.  There's another 08:28:13
 8    brand.  I don't remember --                            08:28:26
 9                   (mumbling.)                             08:28:27
10              THE WITNESS:  Another brand.  I don't remember 08:28:36
11    the name of the brand now.                             08:28:37
12              Let me look at my card.  I'll remember the   08:28:40
13    name of the brand.  Excuse me.  There's another brand. 08:28:43
14    It's not in here.  I don't know the name.              08:29:12
15    BY MR. MILBY:                                          08:29:16
16         Q    Is this your business card?                 08:29:16
17         A    Yes, it is.                                  08:29:18
18         Q    Can we have a copy to mark it?  It might save 08:29:18
19    some questions?                                        08:29:21
20         A    Yes.                                         08:29:22
21         Q    Thank you.                                   08:29:23
22              MR. PRIORE:  I don't know if all 30 can fit on 08:29:28
23    the back.                                              08:29:30
24              THE WITNESS:  They don't.                    08:29:32
25              MR. MILBY:  Let's mark this Number 3.        08:29:34
```

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | (Deposition Exhibit 3 was marked for | 08:29:36 |
| 2 | identification.) | 08:29:36 |
| 3 | MR. MILBY:  You might have difficult time. | 08:29:36 |
| 4 | MR. PRIORE:  Do you want to make a copy of it | 08:29:39 |
| 5 | and mark the copy? | 08:29:41 |
| 6 | MR. MILBY:  Yeah, we'll mark it after. | 08:29:42 |
| 7 | BY MR. MILBY: | 08:29:45 |
| 8 | Q    All right.  So the back of your business card | 08:29:48 |
| 9 | has a lot of the brands that American International | 08:29:52 |
| 10 | manufactures or sells; is that correct? | 08:29:56 |
| 11 | A    Yes. | 08:29:58 |
| 12 | Q    Is it all of them? | 08:29:59 |
| 13 | A    Probably not. | 08:30:01 |
| 14 | Q    "Probably not."  Does American International | 08:30:02 |
| 15 | sell products that -- any complimentary products to | 08:30:25 |
| 16 | muslin? | 08:30:32 |
| 17 | MR. PRIORE:  Objection to form. | 08:30:34 |
| 18 | But go ahead. | 08:30:37 |
| 19 | THE WITNESS:  What does it mean?  I don't | 08:30:40 |
| 20 | understand the question, complimentary to muslin. | 08:30:42 |
| 21 | BY MR. MILBY: | 08:30:47 |
| 22 | Q    Let me ask it this way:  Muslin is applied | 08:30:47 |
| 23 | with a wax? | 08:30:49 |
| 24 | A    Right. | 08:30:51 |
| 25 | Q    Do you sell the wax? | 08:30:51 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Yes, we do. | 08:30:52 |
| 2 | Q | Under what brand? | 08:30:54 |
| 3 | A | Gigi. | 08:30:54 |
| 4 | Q | Do you sell it under any other brands? | 08:30:56 |
| 5 | A | Yes. | 08:30:58 |
| 6 | Q | Is this the only other brand whose name you | 08:30:59 |
| 7 | | couldn't recall? | 08:31:00 |
| 8 | A | I don't remember. | 08:31:01 |
| 9 | Q | Okay.  And how about -- are there applicators | 08:31:02 |
| 10 | | used to apply the wax? | 08:31:08 |
| 11 | A | Yes. | 08:31:09 |
| 12 | Q | And is that something that's sold by American | 08:31:09 |
| 13 | | International? | 08:31:11 |
| 14 | A | Yes, it is. | 08:31:13 |
| 15 | Q | Do you know what brands it's sold under? | 08:31:13 |
| 16 | A | Gigi. | 08:31:17 |
| 17 | Q | Any others? | 08:31:18 |
| 18 | A | I don't remember.  Yes, but I don't remember | 08:31:19 |
| 19 | | what they are now. | 08:31:22 |
| 20 | Q | I apologize if I got this confused.  Paraffin | 08:31:39 |
| 21 | | wax, is that the wax or is that a different wax? | 08:31:44 |
| 22 | | Depilatory wax is the wax that is sold by the brand you | 08:31:50 |
| 23 | | don't remember? | 08:31:51 |
| 24 | A | Yes. | 08:31:53 |
| 25 | Q | So Gigi sells depilatory wax, as well? | 08:31:53 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 08:31:53 |
| 2 | Q | And this other brand that you don't recall? | 08:31:54 |
| 3 | | MR. PRIORE:  Also sells depilatory wax? | 08:31:57 |
| 4 | | MR. MILBY:  Yes. | 08:32:01 |
| 5 | | THE WITNESS:  Yes. | 08:32:02 |

6    BY MR. MILBY:                                              08:32:05

7        Q    Do you sell paraffin wax?                        08:32:05

8        A    Yes.                                             08:32:07

9        Q    What brand do you sell paraffin wax?             08:32:07

10       A    Under Gigi.                                      08:32:11

11       Q    Any others?                                      08:32:12

12       A    Yes.                                             08:32:12

13       Q    Also this other company whose name that you     08:32:12

14   don't recall?                                             08:32:15

15       A    Yes.                                             08:32:15

16       Q    If you recall the name of that company at any    08:32:16

17   point during this deposition, will you remind -- will     08:32:18

18   you tell me what --                                       08:32:20

19       A    I will.                                          08:32:39

20            THE REPORTER:  I am going to ask that you wait    08:32:39

21   until he finishes his question.  Because it is            08:32:39

22   impossible for me to take two people at the same time     08:32:39

23   speaking.                                                 08:32:39

24            So if you could wait, maybe rest a second,       08:32:39

25   that would be great.                                      08:32:39

| | | |
|---|---|---|
| 1 | Thank you. | 08:32:39 |
| 2 | BY MR. MILBY: | 08:32:39 |
| 3 | Q    And depilatory wax warmers, do you sell | 08:32:36 |
| 4 | depilatory wax warmers? | 08:32:47 |
| 5 | A    Yes. | 08:32:52 |
| 6 | Q    Also under Gigi? | 08:32:52 |
| 7 | A    Under Gigi. | 08:32:54 |
| 8 | Q    And another brand.  How about paraffin baths, | 08:32:54 |
| 9 | do you sell paraffin baths? | 08:32:59 |
| 10 | A    Yes. | 08:33:01 |
| 11 | Q    Under what brand? | 08:33:01 |
| 12 | A    Gigi. | 08:33:02 |
| 13 | Q    Okay.  And also under this other brand? | 08:33:03 |
| 14 | A    I assume yes. | 08:33:11 |
| 15 | Q    Okay.  Is the other brand Thermal Spa? | 08:33:13 |
| 16 | A    The other brand, no. | 08:33:31 |
| 17 | Q    I'm sorry.  I didn't understand? | 08:33:34 |
| 18 | A    No, there's another name. | 08:33:36 |
| 19 | Q    Okay. | 08:33:38 |
| 20 | MR. PRIORE:  Eric, all of your questions, with | 08:33:46 |
| 21 | regard to what they sell, that's all for current -- I | 08:33:48 |
| 22 | don't know that it makes a difference as to 2010 to now. | 08:33:51 |
| 23 | Your questions are all for currently? | 08:33:57 |
| 24 | MR. MILBY:  That's correct. | 08:33:59 |
| 25 | MR. PRIORE:  Okay. | 08:34:00 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | BY MR. MILBY: | | 08:34:06 |
| 2 | Q | Do you attend trade shows? | 08:34:06 |
| 3 | A | Rarely. | 08:34:16 |
| 4 | Q | Where? | 08:34:18 |
| 5 | A | Rarely.  Only there. | 08:34:18 |
| 6 | Q | There any particular trade shows that you | 08:34:21 |
| 7 | attend? | | 08:34:25 |
| 8 | A | Yes. | 08:34:25 |
| 9 | Q | Which shows? | 08:34:26 |
| 10 | A | Vegas. | 08:34:27 |
| 11 | Q | And Vegas would be the Cosmoprof show? | 08:34:28 |
| 12 | A | Yes. | 08:34:35 |
| 13 | Q | Any others that you attend? | 08:34:36 |
| 14 | A | Rarely. | 08:34:37 |
| 15 | Q | Do you attend the West Coast Beauty Reps show? | 08:34:41 |
| 16 | A | Rarely. | 08:34:47 |
| 17 | Q | How about the Northeast Beauty Reps | 08:34:48 |
| 18 | Association show? | | 08:34:48 |
| 19 | A | Rarely. | 08:34:53 |
| 20 | Q | Do you know when the last time you attended | 08:34:54 |
| 21 | the NEBRA show, Northeast Beauty Reps? | | 08:34:57 |
| 22 | A | Many, many years ago. | 08:35:03 |
| 23 | Q | Not since 2010? | 08:35:04 |
| 24 | A | No. | 08:35:06 |
| 25 | Q | You attend Cosmoprof every year? | 08:35:07 |

Zvi Ryzman    September 25, 2012

1      A    I think so.                                      08:35:11

2      Q    Do you recall what the last trade show that     08:35:15

3   you went to, besides Cosmoprof, was?                    08:35:16

4      A    The West Coast show.                            08:35:44

5      Q    Is that the West Coast Beauty Rep show or is    08:35:52

6   that a different show?                                  08:36:02

7      A    Beauty Rep show.                                08:36:03

8      Q    Okay.  When you attended the West Coast Beauty  08:36:04

9   Rep show, what year was that?                           08:36:05

10     A    Many years ago.                                 08:36:08

11     Q    That was the last one you attended, other than  08:36:09

12  Cosmoprof?                                              08:36:12

13     A    As I recall, yeah.                              08:36:14

14     Q    Okay.  Now, at the Vegas show that you attend   08:36:15

15  regularly, American International has its own booth     08:36:24

16  there; correct?                                         08:36:30

17     A    Yes.                                            08:36:30

18     Q    Does American International products also get   08:36:31

19  marketed in any of the other booths, such as a reps    08:36:35

20  booth?                                                  08:36:38

21     A    No clue.                                        08:36:40

22     Q    Okay.  Let me go back to the -- let me just     08:36:41

23  get a little background.                                08:37:07

24          What do you do on a day-to-day basis at work?   08:37:08

25     A    I check that everything is going to be okay.    08:37:21

Zvi Ryzman   September 25, 2012

1       Q      Okay.  And you have a title.  I assume you're      08:37:24

2   the President and CEO; is that correct?                       08:37:29

3       A      No.                                                08:37:32

4       Q      Who's the President?                               08:37:33

5       A      No one.                                            08:37:34

6       Q      Do you have a title?                               08:37:35

7       A      No.                                                08:37:36

8       Q      Do -- okay.  Is there a Vice President?            08:37:37

9       A      In title, yes.                                     08:37:47

10      Q      But there's nobody that's the President?           08:37:49

11      A      No.                                                08:37:52

12      Q      Is there a Chief Executive Officer?                08:37:54

13      A      No.                                                08:37:56

14      Q      Is there a board of directors?                     08:37:57

15      A      No.                                                08:37:58

16      Q      How about at Glamor Industries, do you have a      08:38:07

17  title at Glamor Industries?                                   08:38:11

18      A      Yes.                                               08:38:13

19      Q      What's your title?                                 08:38:13

20      A      President.                                         08:38:14

21      Q      Is there a board of directors for Glamor?          08:38:15

22      A      Probably.                                          08:38:18

23      Q      Okay.  But you don't know?                         08:38:18

24      A      We do.                                             08:38:25

25      Q      Okay.  Do you know who's on the board?             08:38:26

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Yeah, yes. | 08:38:30 |
| 2 | Q | Who is it? | 08:38:31 |
| 3 | A | My wife. | 08:38:32 |
| 4 | Q | Anyone else? | 08:38:32 |
| 5 | A | And a guy named Brian Dror. | 08:38:35 |
| 6 | Q | What's his connection to the company? | 08:38:41 |
| 7 | A | He's the CPA. | 08:38:43 |
| 8 | Q | Can you spell his name? | 08:38:45 |
| 9 | A | B-R-I-A-N, D-R-O-R. | 08:38:47 |
| 10 | Q | Dror? | 08:38:54 |
| 11 | A | (Inaudible response.) | 08:38:54 |

12      Q      Are Glamor Industries offices also located at   08:39:06
13 2220 Jasper Avenue?   08:39:09

| 14 | A | No. | 08:39:12 |
| 15 | Q | Where is Glamor Industries offices? | 08:39:13 |
| 16 | A | At the CPA offices. | 08:39:15 |

17      Q      Okay.  When you say you check that everything   08:39:20
18 is going to be okay, what does that entail?   08:39:40
19      A      I go around and I ask if there are any   08:39:48
20 problems.  And if there are, they tell me.  I try to   08:39:54
21 solve them.   08:40:01
22      Q      So you -- there's several components to your   08:40:01
23 company; correct?  You have manufacturing facilities;   08:40:05
24 right?   08:40:08

| 25 | A | Yes. | 08:40:08 |

| | | |
|---|---|---|
| 1 | Q    And the manufacturing facilities, are they | 08:40:09 |
| 2 | mostly located at Jasper Avenue? | 08:40:12 |
| 3 | A    Yes. | 08:40:14 |
| 4 | Q    And so you oversee what's going on at the | 08:40:14 |
| 5 | manufacturing facilities; correct? | 08:40:20 |
| 6 | A    Correct. | 08:40:23 |
| 7 | MR. PRIORE:  Object to form. | 08:40:23 |
| 8 | But go ahead. | 08:40:23 |
| 9 | Objection to form. | 08:40:25 |
| 10 | But you can answer. | 08:40:26 |
| 11 | BY MR. MILBY: | 08:40:30 |
| 12 | Q    Is there another individual who oversees the | 08:40:30 |
| 13 | manufacturing facilities? | 08:40:33 |
| 14 | A    Yes. | 08:40:34 |
| 15 | Q    Who's in charge of manufacturing? | 08:40:35 |
| 16 | A    Herman.  I don't know his last name. | 08:40:41 |
| 17 | Q    Therman? | 08:40:45 |
| 18 | MR. PRIORE:  Herman. | 08:40:46 |
| 19 | THE WITNESS:  Herman. | 08:40:47 |
| 20 | BY MR. MILBY: | 08:40:48 |
| 21 | Q    Okay.  And you have a sales division? | 08:40:48 |
| 22 | A    Yes, I do. | 08:40:50 |
| 23 | Q    And who's in charge of sales? | 08:40:51 |
| 24 | A    Mark Moesta. | 08:40:53 |
| 25 | Q    And Mark reports to you, as well? | 08:40:57 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Mark reports to me, as well. | 08:40:59 |
| 2 | Q | And does he have a title? | 08:41:01 |
| 3 | A | VP of sales. | 08:41:04 |
| 4 | Q | And are his offices at Jasper Avenue? | 08:41:07 |
| 5 | A | Yes, it is. | 08:41:11 |
| 6 | Q | Is he there on a day-to-day basis? | 08:41:11 |
| 7 | A | Either there or on the road. | 08:41:14 |
| 8 | Q | I'm sorry.  I didn't catch you. | 08:41:21 |
| 9 | | MR. PRIORE:  There or on the road. | 08:41:24 |
| 10 | | THE WITNESS:  There or on the road. | 08:41:26 |
| 11 | BY MR. MILBY: | | 08:41:28 |
| 12 | Q | Did -- what is Terri Cooper's title? | 08:41:28 |
| 13 | A | VP. | 08:41:31 |
| 14 | Q | Just Vice President? | 08:41:32 |
| 15 | A | Vice President. | 08:41:33 |
| 16 | Q | Of the entire operation? | 08:41:34 |
| 17 | A | Yes. | 08:41:36 |
| 18 | Q | And her offices are also at Jasper Avenue? | 08:41:37 |
| 19 | A | Yes, it is. | 08:41:41 |
| 20 | Q | So are there any other vice presidents besides | 08:41:43 |
| 21 | Mark Moister? | | 08:41:48 |
| 22 | A | Yes. | 08:41:51 |
| 23 | Q | Who? | 08:41:52 |
| 24 | A | Charlie Loveless (phonetic spelling). | 08:41:53 |
| 25 | Q | And what does Charlie oversee? | 08:41:55 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Operation. | 08:41:57 |
| 2 | Q | How often do you speak to Mark Moesta? | 08:42:11 |
| 3 | | MR. PRIORE:  With regard to the business, I'm | 08:42:20 |
| 4 | assuming. | | 08:42:21 |
| 5 | | MR. MILBY:  Yes. | 08:42:23 |
| 6 | | THE WITNESS:  Once, twice a day.  Three times. | 08:42:25 |
| 7 | BY MR. MILBY: | | 08:42:27 |
| 8 | Q | Did -- the subject of your conversation, | 08:42:27 |
| 9 | would be the sales of AI products? | | 08:42:29 |
| 10 | A | Yes. | 08:42:32 |
| 11 | Q | Do you have an internal sales force? | 08:42:33 |
| 12 | A | Yes. | 08:42:36 |
| 13 | Q | How many people are in your sales force? | 08:42:36 |
| 14 | A | I take it back.  "Internal," what do you mean | 08:42:46 |
| 15 | by internal? | | 08:42:51 |
| 16 | Q | Do you sell your products through beauty reps? | 08:42:52 |
| 17 | A | Right. | 08:42:55 |
| 18 | Q | We've discussed that already.  You sell many | 08:42:56 |
| 19 | of your products through beauty reps; correct? | | 08:42:59 |
| 20 | A | Correct. | 08:43:03 |
| 21 | Q | That would be what I refer to as an external | 08:43:03 |
| 22 | sales force, people who are not employed by you but they | | 08:43:06 |
| 23 | receive commission for selling your products; correct? | | 08:43:18 |
| 24 | A | Correct. | 08:43:19 |
| 25 | Q | Are there people that are employed by you that | 08:43:19 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | are paid by American International Industries that sell | 08:43:20 |
| 2 | your products, besides Mark Moesta? | 08:43:21 |
| 3 | A    Yes. | 08:43:24 |
| 4 | Q    How many people is that? | 08:43:24 |
| 5 | A    I think three or four.  I'm not sure. | 08:43:25 |
| 6 | Q    Do they deal directly with the beauty reps or | 08:43:28 |
| 7 | do they go out and sell products themselves? | 08:43:31 |
| 8 | A    I hope they do both. | 08:43:36 |
| 9 | Q    Okay.  Who are those individuals? | 08:43:38 |
| 10 | A    You'd have to ask Mark.  Mark will give you | 08:43:41 |
| 11 | the names. | 08:43:44 |
| 12 | Q    Do they all report to Mark? | 08:43:45 |
| 13 | A    Yes, they do. | 08:43:47 |
| 14 | Q    Can you tell me why you have three or four | 08:43:53 |
| 15 | people internally that sell and also use external sales | 08:43:54 |
| 16 | reps? | 08:43:59 |
| 17 | A    Why three or four internally? | 08:44:03 |
| 18 | Q    You indicated, other than Mark, you have three | 08:44:06 |
| 19 | or four people that are -- | 08:44:08 |
| 20 | A    Those people live in various places in the | 08:44:10 |
| 21 | country.  They don't live in California. | 08:44:12 |
| 22 | Q    Okay. | 08:44:15 |
| 23 | A    They're called regionals. | 08:44:16 |
| 24 | Q    Okay.  So there's one in every other region? | 08:44:19 |
| 25 | A    In a few regions there are some people.  One | 08:44:26 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | though. | 08:44:30 |
| 2 | Q     Does one of these individuals live in the | 08:44:31 |
| 3 | Northeast? | 08:44:34 |
| 4 | A     You have to ask Mark. | 08:44:35 |
| 5 | Q     The other division -- I'm sorry.  The other | 08:44:47 |
| 6 | region that I think I left off when we were talking | 08:44:50 |
| 7 | previously was the Southwest. | 08:44:53 |
| 8 | A     Southwest. | 08:44:55 |
| 9 | Q     Do you know if you use a beauty rep group in | 08:44:56 |
| 10 | the Southwest? | 08:44:59 |
| 11 | A     Kevin, yeah. | 08:45:00 |
| 12 | Q     Kevin VanNest? | 08:45:03 |
| 13 | A     Yes. | 08:45:06 |
| 14 | Q     Any others? | 08:45:07 |
| 15 | A     I don't know. | 08:45:08 |
| 16 | Q     Do you know -- can you tell us why you don't | 08:45:12 |
| 17 | use one rep group throughout the country? | 08:45:16 |
| 18 | A     You will need to ask Mark. | 08:45:30 |
| 19 | Q     Okay.  So that's not a policy decision that | 08:45:32 |
| 20 | you would weigh-in on? | 08:45:34 |
| 21 | A     No, not at all. | 08:45:36 |
| 22 | Q     You would delegate that entirely to Mark? | 08:45:37 |
| 23 | A     Yes. | 08:45:55 |
| 24 | Q     So if Mark decided to change rep groups -- for | 08:46:08 |
| 25 | example, if he decided to terminate Harland Kirschner | 08:46:12 |

1    and hire a different rep in the West Coast region or in          08:46:14

2    the Southeast region, is that a decision he'd have to            08:46:21

3    come to you for?                                                 08:46:25

4              MR. PRIORE:  Objection to form.                        08:46:26

5              You can answer.                                        08:46:28

6              THE WITNESS:  He would tell me, but he would           08:46:32

7    make the decision.                                               08:46:34

8    BY MR. MILBY:                                                    08:46:35

9         Q    Okay.  Do you communicate at all by telephone         08:46:35

10   with any of the rep groups?                                      08:46:48

11        A    Rarely.                                                08:46:50

12        Q    Okay.  And what occasions would you have to            08:46:51

13   communicate with them either by telephone or e-mail?            08:46:54

14        A    They call me to wish me happy New Year.                08:46:57

15        Q    So that would have been last week?                     08:47:05

16        A    Last week.                                             08:47:08

17        Q    Who did you get calls from last week?                  08:47:09

18        A    From Dedel (phonetic spelling).                        08:47:12

19        Q    I was -- I'm assuming you were referring to            08:47:15

20   the Jewish New Year?                                             08:47:18

21        A    I get December, too.  Same thing.                      08:47:21

22             MR. PRIORE:  You get the benefit of both.              08:47:24

23             THE WITNESS:  I get benefit of both.                   08:47:28

24   BY MR. MILBY:                                                    08:47:31

25        Q    What did you get called for Rosh Hashanah?             08:47:32

| | | | |
|---|---|---|---|
| 1 | A | From Dedel and Chuck Cohen. | 08:47:36 |
| 2 | Q | Did you speak to them? | 08:47:39 |
| 3 | A | To Chuck, no.  Dedel, yes. | 08:47:39 |
| 4 | Q | Do you know his first name? | 08:47:39 |
| 5 | A | Gary. | 08:47:41 |
| 6 | Q | Do you know where Gary Dedel lives? | 08:47:46 |
| 7 | A | In the East Coast. | 08:47:51 |
| 8 | Q | Do you ever socialize with any of the | 08:47:55 |

9  individuals who are employed by or own any of the rep    08:47:58

10  groups?                                                  08:48:02

11         MR. PRIORE:  Objection to form.                   08:48:03

12         But go ahead.                                     08:48:04

13         THE WITNESS:  No.                                 08:48:05

14  BY MR. MILBY:                                            08:48:06

15     Q    Okay.                                            08:48:06

16     A    I was invited to a wedding -- if you call        08:48:10

17  socialize -- to a wedding.  I was invited to Harland's   08:48:13

18  wedding, but that's about it.                            08:48:19

19     Q    How about at the Cosmoprof show, do you ever     08:48:22

20  socialize with any of the reps?                          08:48:29

21     A    Not at all.                                      08:48:31

22     Q    Never have a meal with any of them?              08:48:32

23     A    Not at all.                                      08:48:34

24     Q    Okay.  Do you have business meetings with any    08:48:36

25  of the reps when you're at the Cosmoprof show?           08:48:45

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | MR. PRIORE:  Are you talking currently again? | 08:48:49 |
| 2 | Because your questions could be -- he's been in business | 08:48:51 |
| 3 | since 1971.  What are we talking about?  The -- if you | 08:48:53 |
| 4 | want to stay with the current, that's fine. | 08:48:58 |
| 5 | BY MR. MILBY: | 08:49:00 |
| 6 | Q    Let's say currently.  We're talking about an | 08:49:00 |
| 7 | annual show.  I want to say over the last several years. | 08:49:03 |
| 8 | A    Rarely.  Rarely. | 08:49:08 |
| 9 | Q    Can you recall the last business meeting you | 08:49:10 |
| 10 | had with any sales rep or -- | 08:49:13 |
| 11 | A    When I have a customer, very large customer, | 08:49:17 |
| 12 | without mentioning any name, and the rep group goes | 08:49:23 |
| 13 | along. | 08:49:27 |
| 14 | Q    Okay. | 08:49:28 |
| 15 | A    And I do recall, but I don't want to mention | 08:49:32 |
| 16 | the name. | 08:49:34 |
| 17 | Q    Okay.  Would a big company like Sally Beauty | 08:49:34 |
| 18 | Supply -- | 08:49:38 |
| 19 | A    Correct. | 08:49:41 |
| 20 | Q    Would that be a good example? | 08:49:41 |
| 21 | A    Correct. | 08:49:43 |
| 22 | Q    And so, have you had occasion to have a | 08:49:43 |
| 23 | meeting -- | 08:49:47 |
| 24 | A    Many, yes.  But Cosmoprof. | 08:49:50 |
| 25 | MR. PRIORE:  Let him finish his question | 08:49:56 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | before you answer. | 08:49:57 |
| 2 | BY MR. MILBY: | 08:49:58 |
| 3 | Q    Have you had occasion to meet with a company | 08:49:58 |
| 4 | like Sally Beauty Supply where the rep came along in the | 08:50:02 |
| 5 | last couple years? | 08:50:06 |
| 6 | A    Not the customer. | 08:50:09 |
| 7 | Q    You had such a meeting? | 08:50:11 |
| 8 | A    At Sally's. | 08:50:13 |
| 9 | Q    Who came along to the meeting at Sally's? | 08:50:14 |
| 10 | A    Kevin VanNest (phonetic spelling). | 08:50:18 |
| 11 | Q    When was that? | 08:50:20 |
| 12 | A    Many years ago.  Three years ago.  Four years | 08:50:20 |
| 13 | ago.  Five years ago.  I don't remember. | 08:50:24 |
| 14 | Q    So you haven't had a meeting at Sally Beauty | 08:50:26 |
| 15 | Supply in the last three or four years? | 08:50:28 |
| 16 | A    I haven't been there. | 08:50:33 |
| 17 | MR. PRIORE:  Keep your hand away from your | 08:50:36 |
| 18 | mouth. | 08:50:38 |
| 19 | THE WITNESS:  I'm sorry.  I apologize. | 08:50:38 |
| 20 | BY MR. MILBY: | 08:50:41 |
| 21 | Q    No problem.  How long did the meeting last? | 08:50:41 |
| 22 | A    Couple of hours. | 08:50:46 |
| 23 | Q    Have you had similar such meetings with other | 08:50:53 |
| 24 | companies in the last couple of years? | 08:50:56 |
| 25 | A    No. | 08:50:58 |

Zvi Ryzman   September 25, 2012

```
1       Q     Do you know what criteria American            08:51:16
2    International uses to choose a rep group?              08:51:19
3       A     No.                                           08:51:24
4       Q     Do you get information from the rep groups    08:51:32
5    about what's going on in the marketplace?             08:51:34
6       A     No.                                           08:51:37
7             MR. PRIORE:  Objection to form.               08:51:38
8             But go ahead.                                 08:51:39
9             When you said "you," you meant him personally, 08:51:47
10   versus the company?                                   08:51:50
11            MR. MILBY:  Yes.                              08:51:52
12            MR. PRIORE:  Okay.  Just making sure.         08:51:52
13   BY MR. MILBY:                                         08:51:53
14      Q     The 30 or so -- 30 plus companies that        08:51:54
15   brands -- that American International owns, have a fair 08:52:01
16   number of those been other companies that you've      08:52:06
17   acquired?                                             08:52:09
18            MR. PRIORE:  Objection to form.               08:52:09
19            But go ahead.                                 08:52:10
20            THE WITNESS:  Yes.                            08:52:12
21   BY MR. MILBY:                                         08:52:12
22      Q     How many of them, roughly?                    08:52:13
23      A     Many of them.                                 08:52:17
24      Q     Okay.  Would you say most of them are         08:52:18
25   companies that you acquired since?                    08:52:21
```

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | A    I have to think.  I don't know. | 08:52:24 |
| 2 | Q    Okay.  Do you regularly, in your capacity as | 08:52:26 |
| 3 | the owner or one of the owners of American | 08:52:50 |
| 4 | International, look for companies to acquire? | 08:52:52 |
| 5 | A    Yes. | 08:52:55 |
| 6 | Q    Okay.  And who do you talk to about whether or | 08:52:56 |
| 7 | not that company would by a good acquisition or what do | 08:53:01 |
| 8 | to determine whether it would be a good acquisition? | 08:53:05 |
| 9 | A    Usually to the seller. | 08:53:09 |
| 10 | Q    How about Mark Moesta? | 08:53:13 |
| 11 | A    I ask him, as well. | 08:53:17 |
| 12 | Q    Do you ever talk -- or do you ever have him | 08:53:23 |
| 13 | talk to any of the beauty reps about what they're going | 08:53:27 |
| 14 | doing in the marketplace? | 08:53:30 |
| 15 | What the potential companies are doing in the | 08:53:32 |
| 16 | marketplace? | 08:53:36 |
| 17 | A    I don't know. | 08:53:37 |
| 18 | MR. PRIORE:  Objection to form. | 08:53:37 |
| 19 | Let him finish. | 08:53:38 |
| 20 | BY MR. MILBY: | 08:53:42 |
| 21 | Q    Where do you get the information about | 08:53:42 |
| 22 | businesses that you acquire?  Are you contacted by the | 08:53:45 |
| 23 | owner who says I'm looking to sell? | 08:53:50 |
| 24 | Or do you go out and look for companies that | 08:53:52 |
| 25 | you just want to own and approach the owner about | 08:53:54 |

Zvi Ryzman   September 25, 2012

```
1    selling them?  How does that --                    08:53:56

2         A    People call me.                          08:54:00

3              MR. PRIORE:  Objection to form.           08:54:01

4              THE WITNESS:  People call me.             08:54:03

5    BY MR. MILBY:                                       08:54:04

6         Q    Is that, more often than not, how it happens?  08:54:05

7         A    This happens.                             08:54:09

8         Q    When you say people call you, are you talking  08:54:11

9    about the seller or the business brokers?           08:54:13

10        A    Seller, business broker, newspapers.      08:54:16

11        Q    You say "newspapers."  You hear about a   08:54:22

12   company being --                                    08:54:24

13        A    Sold.                                     08:54:25

14        Q    Have you ever told either Mark Moesta or rep  08:54:48

15   group that they can't carry your line in another line?  08:54:54

16             MR. PRIORE:  Objection to form.           08:54:59

17             THE WITNESS:  No.                         08:55:01

18   BY MR. MILBY:                                       08:55:01

19        Q    Have you ever declined to use a rep group or,  08:55:10

20   to your knowledge, have you ever declined to use a rep  08:55:13

21   group because of other complete beauty lines that they  08:55:16

22   carry?                                              08:55:19

23        A    I don't decline.  I don't agree.  That's not  08:55:21

24   me.                                                 08:55:24

25        Q    You don't get involved in the decision?  08:55:25
```

| | | | |
|---|---|---|---|
| 1 | A | Exactly. | 08:55:27 |
| 2 | Q | When you go to Cosmoprof, for example, and any | 08:55:32 |
| 3 | | of the other rep groups approach you at your booth and | 08:55:37 |
| 4 | | talk to you about carrying your lines -- | 08:55:40 |
| 5 | A | No. | 08:55:43 |
| 6 | Q | Never? | 08:55:44 |
| 7 | A | No. | 08:55:44 |
| 8 | Q | Do you know why not? | 08:55:44 |
| 9 | | MR. PRIORE:  Objection to form. | 08:55:46 |
| 10 | | Go ahead.  Go ahead. | 08:55:48 |
| 11 | | THE WITNESS:  Ask them.  I don't work there. | 08:55:52 |
| 12 | BY MR. MILBY: | | 08:55:55 |
| 13 | Q | Are you generally there at the show walking | 08:56:00 |
| 14 | | around on the floor or in your booth? | 08:56:02 |
| 15 | A | Yes. | 08:56:04 |
| 16 | Q | Where people could approach you if they wanted | 08:56:05 |
| 17 | | to? | 08:56:07 |
| 18 | A | Yes. | 08:56:08 |
| 19 | Q | Tell me what happened at the Cosmoprof 2010 | 08:56:14 |
| 20 | | show with regard to Mutual Industries? | 08:56:20 |
| 21 | A | What do you want me to tell you? | 08:56:24 |
| 22 | Q | What happened. | 08:56:26 |
| 23 | | MR. PRIORE:  Kind of broad.  Object to form. | 08:56:27 |
| 24 | | But go ahead. | 08:56:29 |
| 25 | | THE WITNESS:  Somebody carries our product | 08:56:30 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | that we bought just a few months ago, years ago, I'm not | 08:56:34 |
| 2 | sure. | 08:56:38 |
| 3 | BY MR. MILBY: | 08:56:38 |
| 4 | Q    When you say they were carrying your | 08:56:39 |
| 5 | product -- | 08:56:42 |
| 6 | A    They had our product on their booth -- on | 08:56:43 |
| 7 | their booth -- in their booth on display. | 08:56:48 |
| 8 | Q    And what product or products was that? | 08:56:51 |
| 9 | A    The Mastex products. | 08:56:53 |
| 10 | Q    How did you -- when you say "Mastex products," | 08:57:04 |
| 11 | what products are you talking about? | 08:57:13 |
| 12 | A    I don't believe -- I don't recall what | 08:57:16 |
| 13 | products. | 08:57:17 |
| 14 | Q    You're motioning toward the picture.  I | 08:57:19 |
| 15 | understand that you didn't take these pictures; correct? | 08:57:21 |
| 16 | A    Correct. | 08:57:24 |
| 17 | Q    Can you identify for me -- there's a fair | 08:57:31 |
| 18 | number of products that are shown in this picture.  Can | 08:57:37 |
| 19 | you identify the products in this picture that you're | 08:57:41 |
| 20 | referring to as being your products, M-A-S-T-E-X? | 08:57:45 |
| 21 | A    I think this is our machine. | 08:57:57 |
| 22 | Q    You're pointing to a circular machine in the | 08:57:59 |
| 23 | middle of the picture? | 08:58:02 |
| 24 | A    Yeah. | 08:58:03 |
| 25 | Q    That says Mastex? | 08:58:03 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 08:58:05 |
| 2 | Q | Has a Mastex label on it? | 08:58:05 |
| 3 | A | Yes. | 08:58:07 |
| 4 | Q | Okay.  And what do you mean when you say it's | 08:58:09 |
| 5 | your product? | | 08:58:11 |
| 6 | A | I think this is a Gigi machine, I think. | 08:58:12 |
| 7 | Q | A Gigi machine? | 08:58:17 |
| 8 | A | Yes. | 08:58:19 |
| 9 | Q | Does American International manufacture that | 08:58:20 |
| 10 | machine or do they purchase it from somebody else? | | 08:58:22 |
| 11 | A | We own the mold on this machine. | 08:58:26 |
| 12 | Q | You own the mold? | 08:58:29 |
| 13 | A | Yeah. | 08:58:30 |
| 14 | Q | But you don't manufacturer? | 08:58:30 |
| 15 | A | No, we don't. | 08:58:32 |
| 16 | Q | Where is it manufactured? | 08:58:33 |
| 17 | A | In Hong Kong.  China, maybe. | 08:58:35 |
| 18 | Q | What do you mean by you "own the mold"? | 08:58:41 |
| 19 | A | You start a product, usually you go to a | 08:58:43 |
| 20 | company and you pay for a mold.  And the mold is -- you | | 08:58:46 |
| 21 | pay for it and they manufacture it exclusively for you. | | 08:58:53 |
| 22 | Q | Do you patent the mold? | 08:58:59 |
| 23 | A | No clue. | 08:59:02 |
| 24 | Q | Okay. Do you know if this company that | 08:59:02 |
| 25 | manufactures it in Hong Kong or China sells it to other | | 08:59:04 |

```
1    companies?                                              08:59:08

2         A    I know they don't.                           08:59:09

3         Q    You know that they don't.  Why is that?      08:59:10

4         A    Because I know the person.  He's a very honest  08:59:13

5    man.                                                   08:59:16

6         Q    Is there a contactual agreement that precludes  08:59:17

7    him for selling it?                                    08:59:20

8         A    I don't recall.                              08:59:21

9              MR. MILBY:  Let me mark this as Exhibit 4.   08:59:22

10             (Deposition Exhibit 4 was marked for         08:59:26

11             identification.)                             08:59:26

12   BY MR. MILBY:                                          08:59:59

13        Q    How is it brought to your attention that     09:00:00

14   Mutual Industries had these products displayed at their  09:00:01

15   booth?                                                 09:00:06

16        A    I don't recall.                              09:00:06

17        Q    Did you go to the booth to see this yourself?  09:00:08

18        A    Yes.                                         09:00:13

19        Q    Was there a confrontation, for lack of a     09:00:13

20   better word, with --                                   09:00:16

21        A    Yes.                                         09:00:18

22        Q    Can you tell me about the confrontation?     09:00:18

23        A    I don't know.  Is -- we -- but somebody told  09:00:22

24   him how can you carry something like that.             09:00:26

25        Q    And who were you -- who did you speak with at  09:00:28
```

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | | the booth? | 09:00:31 |
| 2 | A | I didn't say I speak.  I said somebody told | 09:00:31 |
| 3 | | him.  I don't recall if I said it or not. | 09:00:34 |
| 4 | Q | You don't recall whether you spoke to -- | 09:00:36 |
| 5 | A | Right. | 09:00:39 |
| 6 | Q | -- the person at Mutual booth? | 09:00:39 |
| 7 | | Now the person at the Mutual booth, do you | 09:00:41 |
| 8 | | know Martin Lipkowitz (phonetic spelling)? | 09:00:47 |
| 9 | A | No. | 09:00:50 |
| 10 | Q | Do you recall having -- do you recall, when | 09:00:51 |
| 11 | | you were at the Mutual booth, how many other people were | 09:00:57 |
| 12 | | there? | 09:01:01 |
| 13 | | I'm sorry.  Let me rephrase that question. | 09:01:02 |
| 14 | | How many Mutual employees were there at the | 09:01:04 |
| 15 | | booth? | 09:01:06 |
| 16 | A | I think it was the only one. | 09:01:07 |
| 17 | Q | And who did you go over with to the booth? | 09:01:09 |
| 18 | A | With a group of people from my office. | 09:01:12 |
| 19 | Q | Terri Cooper? | 09:01:15 |
| 20 | A | Terri Cooper. | 09:01:16 |
| 21 | Q | Mark Moesta? | 09:01:18 |
| 22 | A | I don't recall if Mark was there. | 09:01:20 |
| 23 | Q | Do you recall who else was with -- | 09:01:22 |
| 24 | A | I don't remember. | 09:01:23 |
| 25 | Q | How was the -- other than this -- you said | 09:01:26 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | there was somebody, on behalf of American International, | 09:01:30 |
| 2 | questioned how can you carry this product? | 09:01:35 |
| 3 | A    Mm-hm. | 09:01:37 |
| 4 | Q    And what was the response? | 09:01:38 |
| 5 | A    I don't remember. | 09:01:40 |
| 6 | Q    How long did this confrontation, for lack of a | 09:01:42 |
| 7 | better word, last? | 09:01:45 |
| 8 | A    Three minutes, two minutes.  Three minutes. | 09:01:47 |
| 9 | Q    Okay.  Did somebody else witness the | 09:01:49 |
| 10 | conversation? | 09:01:53 |
| 11 | A    Not that I know of. | 09:01:55 |
| 12 | Q    Was -- were there -- was it a elevated voices | 09:01:57 |
| 13 | argument, for lack of a better word? | 09:02:05 |
| 14 | A    Relative. | 09:02:10 |
| 15 | Q    It was a heated discussion, if you will? | 09:02:11 |
| 16 | MR. PRIORE:  Objection to form. | 09:02:13 |
| 17 | But go ahead. | 09:02:13 |
| 18 | BY MR. MILBY: | 09:02:20 |
| 19 | Q    I'm sorry.  Were you going to answer? | 09:02:20 |
| 20 | A    I don't know what "heated" means.  It's all | 09:02:23 |
| 21 | relative. | 09:02:26 |
| 22 | Q    Were the people from American International, | 09:02:27 |
| 23 | on the one side, and the Mutual Industries, on the other | 09:02:28 |
| 24 | side, raising their voices over this issue? | 09:02:33 |
| 25 | A    They didn't whisper. | 09:02:36 |

Zvi Ryzman   September 25, 2012

1       Q    Okay.  But were they raising their voices        09:02:38

2   above an elevated conversation?  I mean, above a normal   09:02:41

3   conversation?                                             09:02:46

4           MR. PRIORE:  Both sides?                          09:02:47

5           MR. MILBY:  Either side.                          09:02:49

6           THE WITNESS:  I will tell you it wasn't           09:02:51

7   comfortable.                                              09:02:53

8   BY MR. MILBY:                                             09:02:54

9       Q    Were other people, onlookers, standing around   09:02:54

10  watching this discussion?                                 09:02:57

11      A    I don't think so.  I don't remember.  It was     09:02:59

12  very early in the morning.  So it was not probably.       09:03:01

13      Q    Okay.  Are any of the other products on Ryzman   09:03:05

14  4 products that you contend or at the time that you       09:03:07

15  contended, were American International products?          09:03:17

16      A    You need to ask Terri and Mark.  They probably   09:03:21

17  would know better.  I don't.                              09:03:24

18      Q    They may know it better, but do you know at      09:03:26

19  all?                                                      09:03:33

20      A    I don't know.  I can't tell you that.            09:03:33

21      Q    Okay.  You -- are you done?                      09:03:36

22           At the time of that discussion or the time of    09:03:47

23  that meeting at the Cosmoprof show, had there been prior  09:03:51

24  discussion between American International and Mutual      09:03:55

25  Industries and/or their lawyers concerning the use of    09:03:57

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | the name Mastex? | 09:04:02 |
| 2 | A    Not that I know of. | 09:04:04 |
| 3 | Q    Okay.  Was the discussion at the Cosmoprof | 09:04:05 |
| 4 | show related to the use of the name Mastex and not just | 09:04:14 |
| 5 | the mold? | 09:04:19 |
| 6 | A    Honestly, I don't remember. | 09:04:23 |
| 7 | Q    What did you do after that confrontation? | 09:04:28 |
| 8 | A    Went back to our business. | 09:04:31 |
| 9 | Q    Okay.  Did you do anything about the fact that | 09:04:33 |
| 10 | you felt that Mutual was selling your products? | 09:04:36 |
| 11 | MR. PRIORE:  Objection to form. | 09:04:41 |
| 12 | But go ahead. | 09:04:41 |
| 13 | THE WITNESS:  I didn't go do anything. | 09:04:43 |
| 14 | However, they called the lawyer.  Our lawyer came down. | 09:04:45 |
| 15 | BY MR. MILBY: | 09:04:48 |
| 16 | Q    Who did?  Who called the lawyer? | 09:04:49 |
| 17 | A    I don't know.  I didn't. | 09:04:51 |
| 18 | Q    You said your lawyer came down to the show? | 09:04:52 |
| 19 | A    Yeah. | 09:04:55 |
| 20 | Q    What did your lawyer do at the show? | 09:04:55 |
| 21 | A    I have no idea. | 09:04:58 |
| 22 | Q    Safe to say that when you say your lawyer, | 09:05:01 |
| 23 | it's not Mr. Priori? | 09:05:05 |
| 24 | THE WITNESS:  No, Mark Kramer. | 09:05:08 |
| 25 | MR. PRIORE:  I would have loved to have been | 09:05:10 |

1    there, but that's okay.                                    09:05:12

2              THE WITNESS:  Mark Kramer.                       09:05:14

3    BY MR. MILBY:                                              09:05:15

4         Q    Is Mark Kramer based in Las Vegas?              09:05:15

5         A    No.  Los Angeles.                               09:05:19

6         Q    Did he fly in or was he already in Las Vegas?  09:05:21

7         A    I don't know.                                   09:05:25

8         Q    Was American International Industries involved  09:05:26

9    with the lawsuit already, at that point in time, with     09:05:28

10   Mutual Industries?                                         09:05:30

11        A    No idea.                                         09:05:32

12        Q    Do you recall that Mutual had made a claim       09:05:34

13   that it was owed money from American International          09:05:46

14   Industries?                                                09:05:47

15             MR. PRIORE:  At the time of that Cosmoprof       09:05:51

16   show?                                                      09:05:53

17             MR. MILBY:  At the time of the Cosmoprof show.  09:05:53

18             THE WITNESS:  Possible.                          09:05:56

19   BY MR. MILBY:                                              09:05:57

20        Q    Did you have a prior business relationship      09:05:57

21   with Mutual Industries at the time of the Cosmoprof        09:05:59

22   show?                                                      09:06:04

23        A    Possible.                                        09:06:05

24        Q    To your knowledge, did Mutual Industries make  09:06:06

25   products to be labeled with American International's        09:06:09

| | | | |
|---|---|---|---|
| 1 | | logos? | 09:06:14 |
| 2 | A | To my knowledge today, yes. | 09:06:15 |
| 3 | Q | To your knowledge today? | 09:06:17 |
| 4 | A | Yes. | 09:06:19 |
| 5 | Q | Did you know at the time whether they did? | 09:06:21 |
| 6 | A | Probably not. | 09:06:22 |
| 7 | Q | You probably didn't know? | 09:06:23 |
| 8 | A | Right. | 09:06:26 |
| 9 | Q | Based on your knowledge today, what products | 09:06:29 |
| 10 | | was Mutual Industries manufacturing? | 09:06:32 |
| 11 | A | The muslin. | 09:06:34 |
| 12 | Q | The muslin.  Anything else? | 09:06:35 |
| 13 | A | Not that I know of. | 09:06:39 |
| 14 | | THE REPORTER:  Is this a good time to take a | 09:07:05 |
| 15 | | restroom break? | 09:07:07 |
| 16 | | MR. MILBY:  If you need to. | 09:07:09 |
| 17 | | THE REPORTER:  Yeah, I do I. | 09:07:10 |
| 18 | | THE VIDEOGRAPHER:  We are going off the | 09:07:12 |
| 19 | | record.  The time is 9:06 a.m. | 09:07:13 |
| 20 | | (A recess was taken.) | 09:07:17 |
| 21 | | THE VIDEOGRAPHER:  We are back on the record. | 09:14:48 |
| 22 | | The time is 9:14 a.m. | 09:14:49 |
| 23 | | BY MR. MILBY: | 09:14:52 |
| 24 | Q | Mr. Ryzman, prior to the Cosmoprof show in | 09:14:54 |
| 25 | | 2010, had you purchased a business from Frank Mast | 09:14:58 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | (phonetic spelling)? | 09:15:01 |
| 2 | A    Yes, I did. | 09:15:02 |
| 3 | Q    What did you purchase from him? | 09:15:06 |
| 4 | A    His company. | 09:15:09 |
| 5 | Q    What was his company? | 09:15:10 |
| 6 | A    Mastex. | 09:15:13 |
| 7 | Q    Was it -- were the products that Frank Mast | 09:15:15 |
| 8 | sold under the trade name Mastex? | 09:15:18 |
| 9 | A    Yes, they did. | 09:15:22 |
| 10 | Q    Were they also sold under the name Thermal | 09:15:23 |
| 11 | Spa? | 09:15:25 |
| 12 | A    Yes, they did. | 09:15:27 |
| 13 | Q    At the time that you -- did you later learn | 09:15:28 |
| 14 | that Mr. Mast had previously sold off a different | 09:15:32 |
| 15 | division of his company? | 09:15:36 |
| 16 | A    No. | 09:15:37 |
| 17 | Q    Did you know, at the time, that Mr. Mast had | 09:15:39 |
| 18 | sold off a different division of his company? | 09:15:44 |
| 19 | A    No. | 09:15:46 |
| 20 | Q    As you sit here today, do you have an | 09:15:47 |
| 21 | understanding as to whether Mr. Mast sold portions of | 09:15:49 |
| 22 | his business, products, trade name or anything of that | 09:15:57 |
| 23 | nature both to Mutual Industries and to American | 09:16:00 |
| 24 | International Industries? | 09:16:03 |
| 25 | MR. PRIORE:  Object to form. | 09:16:06 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | Go ahead. | 09:16:08 |
| 2 | THE WITNESS:  You have to check with the | 09:16:09 |
| 3 | lawyer.  I don't understand what he sold to me.  I | 09:16:10 |
| 4 | really have no clue. | 09:16:15 |
| 5 | BY MR. MILBY: | 09:16:16 |
| 6 | Q    Do you understand -- have an understanding | 09:16:17 |
| 7 | that he sold something to Mutual Industries? | 09:16:18 |
| 8 | A    Yes. | 09:16:22 |
| 9 | Q    What is it your understanding that he sold to | 09:16:22 |
| 10 | Mutual Industries? | 09:16:24 |
| 11 | A    I don't have an understanding.  I leave it to | 09:16:26 |
| 12 | the lawyers to understand. | 09:16:28 |
| 13 | Q    Was the 2010 Cosmoprof show the first time | 09:16:30 |
| 14 | that you had seen Mutual Industries using the term | 09:16:34 |
| 15 | Mastex? | 09:16:38 |
| 16 | A    Yes. | 09:16:39 |
| 17 | Q    Okay.  And did you think, at that point in | 09:16:39 |
| 18 | time, that Mutual Industries was violating a trade name | 09:16:41 |
| 19 | that you owned by using the name Mastex? | 09:16:48 |
| 20 | A    Yes. | 09:16:58 |
| 21 | Q    Have you subsequently learned that that issue | 09:16:58 |
| 22 | is not as clear as you thought it was at the time of the | 09:17:00 |
| 23 | show? | 09:17:04 |
| 24 | A    Yes. | 09:17:04 |
| 25 | MR. PRIORE:  Objection to form. | 09:17:04 |

| | | |
|---|---|---|
| 1 | But go ahead. | 09:17:05 |
| 2 | BY MR. MILBY: | 09:17:07 |
| 3 | Q    What did you subsequently learn about that? | 09:17:12 |
| 4 | You said that name -- | 09:17:12 |
| 5 | A    It doesn't pay to fight. | 09:17:13 |
| 6 | Q    I understand that philosophy.  But my question | 09:17:15 |
| 7 | to you is what did you learn about the use of the name | 09:17:18 |
| 8 | or what Mr. Mast had sold in terms of use of the name? | 09:17:23 |
| 9 | A    That it doesn't pay to fight. | 09:17:28 |
| 10 | Q    Is it your -- when you say "it doesn't pay to | 09:17:29 |
| 11 | fight," there was a lawsuit involving the use of that | 09:17:33 |
| 12 | Mastex trade name, is that correct? | 09:17:41 |
| 13 | Between American International and Mutual | 09:17:44 |
| 14 | Industries? | 09:17:46 |
| 15 | A    I don't think so. | 09:17:51 |
| 16 | Q    Okay.  I'm going to show you a copy of | 09:17:54 |
| 17 | American International Industries amended answer to the | 09:17:59 |
| 18 | plaintiff's amended complaint in this case. | 09:18:07 |
| 19 | And I have a couple of questions for you. | 09:18:09 |
| 20 | MR. MILBY:  I'm going to -- let's mark it | 09:18:13 |
| 21 | Exhibit 5. | 09:18:15 |
| 22 | (Deposition Exhibit 5 was marked for | 09:18:16 |
| 23 | identification.) | 09:18:16 |
| 24 | BY MR. MILBY: | 09:18:26 |
| 25 | Q    First of all, do you recognize that as being | 09:18:26 |

Zvi Ryzman   September 25, 2012

| | |
|---|---|
| 1 | American International's answer? | 09:18:28 |
| 2 |       MR. PRIORE:  Are you asking him if that's what | 09:18:34 |
| 3 | it says or has he seen it before? | 09:18:36 |
| 4 | BY MR. MILBY: | 09:18:39 |
| 5 |     Q    Have you seen it before? | 09:18:40 |
| 6 |     A    No. | 09:18:41 |
| 7 |     Q    If you'll turn to the page where I opened, | 09:18:43 |
| 8 | there's an exhibit to that document.  I'll ask if you | 09:18:46 |
| 9 | recognize that exhibit? | 09:18:49 |
| 10 |     A    (Mumbling.) | 09:18:50 |
| 11 |     Q    My question to you is do you recognize it? | 09:19:09 |
| 12 |     A    No. | 09:19:11 |
| 13 |     Q    Would you turn about four pages and let me | 09:19:14 |
| 14 | know if that's your signature under American | 09:19:18 |
| 15 | International Industries? | 09:19:20 |
| 16 |     A    Yes, it is. | 09:19:22 |
| 17 |     Q    Does that help with your recollection as to | 09:19:26 |
| 18 | what this document is? | 09:19:30 |
| 19 |     A    Not really.  Okay.  Yes. | 09:19:36 |
| 20 |     Q    Okay.  What is it? | 09:19:56 |
| 21 |     A    It's a payment of our debt to -- of American | 09:19:59 |
| 22 | International debt to Mutual Industries.  And the usage | 09:20:04 |
| 23 | of the word Mastex Health. | 09:20:12 |
| 24 |     Q    Okay.  So this settlement agreement resolved | 09:20:14 |
| 25 | that issue over the name Mastex; is that correct? | 09:20:20 |

```
 1              MR. PRIORE:  Objection to term.            09:20:24
 2              Go ahead.                                  09:20:25
 3              THE WITNESS:  The use of Mastex Health,    09:20:26
 4    correct.                                             09:20:28
 5    BY MR. MILBY:                                        09:20:29
 6         Q    Yes.  And you picked up the picture that was  09:20:29
 7    marked as Plaintiff's Exhibit 4 when you made that  09:20:35
 8    answer.                                              09:20:39
 9              And my question to you is what is the      09:20:40
10    relevance of the use of the word Mastex in that picture?  09:20:45
11         A    This is a beauty product.                 09:20:51
12         Q    Mm-hm.                                     09:20:53
13         A    And not health product.                   09:20:54
14         Q    Okay.  Did you subsequently learn that Mutual  09:20:58
15    had purchased the right to use Mastex Health from Frank  09:21:05
16    Mast?                                                09:21:09
17         A    Correct.                                   09:21:10
18         Q    And in fact, it does say, on the side of the  09:21:11
19    logo there, "Mastex Health"; correct?               09:21:13
20              MR. PRIORE:  Objection to form.            09:21:17
21              THE WITNESS:  Very deceiving.              09:21:20
22    BY MR. MILBY:                                        09:21:21
23         Q    It does say "Health," doesn't it?          09:21:22
24              MR. PRIORE:  Read the whole label.  What does  09:21:25
25    the whole label say?                                 09:21:30
```

| | | |
|---|---|---|
| 1 | THE WITNESS:  "Mastex Mutual Beauty | 09:21:32 |
| 2 | Manufacturer." | 09:21:33 |
| 3 | BY MR. MILBY: | 09:21:35 |
| 4 | Q    I believe you're reading off of this one and | 09:21:36 |
| 5 | it is not very clear.  If you look down here at this | 09:21:36 |
| 6 | one -- | 09:21:36 |
| 7 | A    I read what I see, Mastex Mutual Beauty | 09:21:37 |
| 8 | Manufacturer. | 09:21:38 |
| 9 | Q    Okay.  So in -- was part of the dispute at the | 09:21:43 |
| 10 | Cosmoprof show that you felt exactly what you've just | 09:21:47 |
| 11 | expressed to us, that Mutual was being deceptive in the | 09:21:53 |
| 12 | use of the name Mastex? | 09:21:57 |
| 13 | A    Correct. | 09:21:59 |
| 14 | Q    Okay.  And you still feel that way today? | 09:21:59 |
| 15 | A    Correct. | 09:22:03 |
| 16 | Q    But you settled it under the terms of the | 09:22:03 |
| 17 | settlement agreement because it doesn't pay to fight? | 09:22:06 |
| 18 | A    That's correct. | 09:22:10 |
| 19 | Q    Okay.  The -- when you say -- when you | 09:22:12 |
| 20 | referred earlier in your answer to settling your debt | 09:22:25 |
| 21 | with Mutual Industries, am I correct in my understanding | 09:22:28 |
| 22 | that that was payment for the purchase of the muslin | 09:22:30 |
| 23 | that was private labeled for American International | 09:22:34 |
| 24 | Industries? | 09:22:36 |
| 25 | A    Correct. | 09:22:38 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | Q    Okay.  And I'm going to go back in to a | 09:22:38 |
| 2 | question we were discussing earlier and see if I can't | 09:22:45 |
| 3 | get some clarification. | 09:22:47 |
| 4 | The settlement agreement, which I assume your | 09:22:49 |
| 5 | attorneys had some input on, says "American | 09:22:52 |
| 6 | International Industries" comma "a California general | 09:22:55 |
| 7 | partnership." | 09:23:04 |
| 8 | Do you see that in the first line? | 09:23:06 |
| 9 | MR. PRIORE:  And I'll object to the form of | 09:23:10 |
| 10 | the question. | 09:23:12 |
| 11 | But go ahead. | 09:23:12 |
| 12 | MR. MILBY:  I haven't asked a question yet. | 09:23:13 |
| 13 | MR. PRIORE:  Well, you did.  You gave a | 09:23:15 |
| 14 | preface.  So I'll object to the preface. | 09:23:16 |
| 15 | But go ahead. | 09:23:18 |
| 16 | MR. MILBY:  Okay. | 09:23:20 |
| 17 | BY MR. MILBY: | 09:23:21 |
| 18 | Q    Do you see the first line of that document, | 09:23:21 |
| 19 | the first paragraph of the settlement agreement, where | 09:23:22 |
| 20 | it says: | 09:23:26 |
| 21 | "Effective September 21, 2010.  Effective | 09:23:26 |
| 22 | date, American International Industries, a | 09:23:30 |
| 23 | California general partnership," et cetera, | 09:23:32 |
| 24 | et cetera. | 09:23:34 |
| 25 | Do you see that?  You see that there? | 09:23:37 |

| | | | |
|---|---|---|---|
| 1 | A | Yeah. | 09:23:40 |
| 2 | Q | It's really a preface to my question, which is | 09:23:41 |
| 3 | you had told me earlier that American International was | | 09:23:44 |
| 4 | a corporation.  And I just want to get clear -- | | 09:23:55 |
| 5 | A | Glamor is a corporation.  American | 09:23:56 |
| 6 | International is a partnership. | | 09:23:56 |
| 7 | Q | So the document is correct -- | 09:23:58 |
| 8 | A | Yes. | 09:23:59 |
| 9 | Q | -- earlier? | 09:24:00 |
| 10 | A | Yes, it's correct. | 09:24:01 |
| 11 | Q | So earlier, when we were talking about who the | 09:24:06 |
| 12 | shareholders of American International were and you | | 09:24:08 |
| 13 | listed all of your children's companies, in reality they | | 09:24:12 |
| 14 | are partners in a partnership? | | 09:24:18 |
| 15 | A | No. | 09:24:22 |
| 16 | Q | Okay.  What are they? | 09:24:23 |
| 17 | A | The five corporation own American | 09:24:25 |
| 18 | International.  American is a partnership part between | | 09:24:27 |
| 19 | five corporations. | | 09:24:36 |
| 20 | Q | That would make them partners; correct? | 09:24:37 |
| 21 | Glamor and the five -- | | 09:24:39 |
| 22 | A | The five corporations. | 09:24:41 |
| 23 | Q | The five corporations are all partners in the | 09:24:42 |
| 24 | five?  And is a general partnership not a limited? | | 09:24:43 |
| 25 | A | Right. | 09:24:44 |

Zvi Ryzman   September 25, 2012

```
1        Q     Okay.  And is a general partnership not        09:24:45
2   limited?                                                  09:24:49
3        A     A general partnership.                         09:24:50
4        Q     Is there a written partnership agreement?      09:24:51
5        A     Yes.                                           09:24:55
6        Q     Okay.                                          09:24:56
7             MR. PRIORE:  Keep your hand away from your      09:24:59
8   mouth.                                                    09:25:00
9             THE WITNESS:  I'm sorry.                        09:25:01
10            MR. PRIORE:  That's all right.                  09:25:01
11  BY MR. MILBY:                                             09:25:02
12       Q     Do all of the corporations own an equal        09:25:02
13  20 percent or is the ownership not equal?                 09:25:06
14       A     Not equal.                                     09:25:09
15       Q     Okay. Do you know what the ownership           09:25:10
16  percentages are?                                          09:25:12
17       A     Is it relevant?                                09:25:14
18       Q     It may or may not be, but this is a discovery  09:25:16
19  deposition.                                               09:25:19
20            MR. PRIORE:  If you know, we'll give him a      09:25:21
21  little leeway on this.                                    09:25:23
22            MR. MILBY:  I doubt it's going to be an issue   09:25:26
23  at trial, I just want to understand who the players are.  09:25:29
24            THE WITNESS:  Glamor owns majority.             09:25:32
25  ///
```

62

Zvi Ryzman   September 25, 2012

1   BY MR. MILBY:                                                    09:25:33

2       Q    After that dispute at the Cosmoprof 2010 trade        09:26:09

3   show, who did you talk to about the relationship or the        09:26:16

4   dispute between American International and Mutual               09:26:19

5   Industries?                                                     09:26:22

6           MR. PRIORE:  Objection to form.                        09:26:23

7           But go ahead.                                          09:26:23

8           THE WITNESS:  I don't recall.                          09:26:25

9   BY MR. MILBY:                                                   09:26:25

10      Q    Have you ever talked to any of the reps that          09:26:28

11  represent American International's lines?                       09:26:32

12      A    No.                                                    09:26:35

13      Q    Have you ever instructed Mark Moesta to talk          09:26:35

14  to them about the dispute?                                     09:26:39

15      A    No.                                                    09:26:41

16      Q    Have you ever instructed Terri Cooper to talk         09:26:42

17  to any of the reps about that dispute?                         09:26:45

18      A    No.                                                    09:26:47

19      Q    Has anybody approached you and commented about        09:26:47

20  that dispute?                                                  09:26:51

21      A    No.                                                    09:26:52

22      Q    Never?                                                09:26:52

23      A    (Inaudible response.)                                 09:26:56

24          MR. PRIORE:  Indicating "no."                          09:26:56

25          THE WITNESS:  No.                                      09:26:58

Zvi Ryzman   September 25, 2012

| 1 | MR. PRIORE:  Thank you. | 09:26:59 |
| 2 | BY MR. MILBY: | 09:26:59 |
| 3 | Q    Do you find it unusual that nobody's talked to | 09:26:59 |
| 4 | you about that? | 09:27:04 |
| 5 | A    Not at all. | 09:27:05 |
| 6 | MR. PRIORE:  Object to form. | 09:27:06 |
| 7 | THE WITNESS:  Not at all. | 09:27:08 |
| 8 | THE REPORTER:  (Reporter admonition.) | 09:27:16 |
| 9 | BY MR. MILBY: | 09:27:17 |
| 10 | Q    Why do you not find it unusual? | 09:27:17 |
| 11 | MR. PRIORE:  Same objection. | 09:27:19 |
| 12 | THE WITNESS:  Because it's a nonsense claim. | 09:27:21 |
| 13 | BY MR. MILBY: | 09:27:23 |
| 14 | Q    It would not -- it's fairly unusual for there | 09:27:28 |
| 15 | to be a dispute between you and another company on the | 09:27:31 |
| 16 | floor of trade show; isn't it? | 09:27:34 |
| 17 | MR. PRIORE:  Objection to form.  Go ahead. | 09:27:37 |
| 18 | THE WITNESS:  Correct. | 09:27:41 |
| 19 | BY MR. MILBY: | 09:27:41 |
| 20 | Q    Did you don't get into arguments frequently | 09:27:41 |
| 21 | at these trade shows do you? | 09:27:44 |
| 22 | A    Correct. | 09:27:48 |
| 23 | Q    Okay.  And this occurred -- this dispute | 09:27:48 |
| 24 | occurred in the open on the trade floor? | 09:27:54 |
| 25 | A    Correct. | 09:27:57 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | Q | And nobody's come up to you and said, hey, | 09:27:57 |
| 2 | what was going on there? | | 09:28:00 |
| 3 | A | No. | 09:28:01 |
| 4 | Q | Not at all? | 09:28:02 |
| 5 | A | No. | 09:28:03 |
| 6 | Q | When you say it's a "nonsense claim," what did | 09:28:15 |
| 7 | you mean by that? | | 09:28:18 |
| 8 | A | It's a nonsense claim because it's baseless. | 09:28:22 |
| 9 | Q | What's the claim that's "baseless"?  I'm not | 09:28:26 |
| 10 | sure I understand. | | 09:28:29 |
| 11 | A | We are convincing other to carry or not to | 09:28:30 |
| 12 | carry.  I'm not talking to anybody.  I don't tell people | | 09:28:33 |
| 13 | what to do. | | 09:28:37 |
| 14 | Q | You mean this lawsuit is a nonsense claim? | 09:28:38 |
| 15 | A | Right. | 09:28:41 |
| 16 | Q | Okay. | 09:28:41 |
| 17 | A | Correct. | 09:28:45 |
| 18 | Q | And that's why you believe that nobody has | 09:28:48 |
| 19 | mentioned that dispute to you? | | 09:28:52 |
| 20 | MR. PRIORE:  Objection to form. | | 09:28:54 |
| 21 | THE WITNESS:  I don't know.  You have to ask | | 09:28:55 |
| 22 | them. | | 09:28:57 |
| 23 | BY MR. MILBY: | | 09:29:00 |
| 24 | Q | My question to you was do you find it usual | 09:29:00 |
| 25 | that nobody has said anything to you about that dispute | | 09:29:05 |

Zvi Ryzman   September 25, 2012

```
1    that took place on the trade show floor?              09:29:09
2              MR. PRIORE:  Same objection.                09:29:12
3              Go ahead.                                    09:29:13
4              THE WITNESS:  No.                            09:29:13
5    BY MR. MILBY:                                          09:29:14
6         Q    And your answer to that previously was -- when  09:29:15
7    I asked you why it was unusual, you said because this is  09:29:17
8    a nonsense claim.  This is claim that occurred -- a    09:29:22
9    lawsuit that was filed much later.                     09:29:24
10             So my question to you immediately after the  09:29:27
11   show and you're talk -- walking around in the Cosmoprof  09:29:29
12   show in 2010 -- the show went on for a couple more days,  09:29:33
13   didn't it?                                             09:29:37
14        A    Correct.                                     09:29:38
15        Q    And you were talking to people throughout the  09:29:38
16   time at the show; weren't you?                         09:29:40
17        A    Yes, I did.                                  09:29:42
18        Q    And nobody said to you, hey, what was going on  09:29:43
19   there?                                                 09:29:46
20        A    No.                                          09:29:46
21             MR. PRIORE:  Objection to form.              09:29:47
22             Go ahead.                                    09:29:47
23   BY MR. MILBY:                                          09:29:48
24        Q    Nobody said anything to you?                 09:29:49
25        A    Nobody said a word to me about it.           09:29:50
```

Zvi Ryzman   September 25, 2012

```
1        Q     You don't find that unusual at all?        09:29:53

2              MR. PRIORE:  Asked and answered.  You've asked 09:29:56

3   him like five times.                                  09:29:57

4   BY MR. MILBY:                                         09:29:58

5        Q     We got off on a tangent about this claim.  I 09:29:59

6   want to bring him back to make sure that he understood 09:30:01

7   what we were talking about.                           09:30:10

8              What went on at the show?                  09:30:10

9              MR. PRIORE:  He answered that already.     09:30:11

10             MR. MILBY:  I don't think he answered that in 09:30:12

11  the context of this lawsuit, which I'm clarifying.    09:30:13

12             MR. PRIORE:  I think you've already done this. 09:30:15

13             But go ahead.                              09:30:18

14             THE WITNESS:  No.                          09:30:21

15  BY MR. MILBY:                                         09:30:21

16       Q     When you say that Mark Kramer came to the show 09:30:23

17  the next day, did American International serve Mutual 09:30:27

18  Industries with legal papers at the show?            09:30:36

19       A     I have no idea.                            09:30:40

20       Q     Why do you not communicate more regularly with 09:31:06

21  the reps that are out there selling 30 brands of     09:31:09

22  products?                                            09:31:14

23             MR. PRIORE:  Objection to form.            09:31:14

24             Go ahead.                                  09:31:16

25             THE WITNESS:  There's a sales manager for  09:31:20
```

1    that.                                                          09:31:22

2    BY MR. MILBY:                                                  09:31:22

3        Q     Why don't you communicate with them?                09:31:22

4              MR. PRIORE:  Asked and answered.                     09:31:25

5              Go ahead.                                            09:31:26

6              Objection.                                           09:31:27

7              THE WITNESS:  That's not my job.                     09:31:28

8    BY MR. MILBY:                                                  09:31:29

9        Q     Okay.  So other than the few occasions that         09:31:30

10   you've told us, maybe a trip to Sally Beauty Supply and       09:32:11

11   a trip to Harland Kirschner wedding, you don't really         09:32:16

12   have any other communication with the beauty rep groups,      09:32:20

13   directly or indirectly?                                       09:32:23

14       A     Correct.                                            09:32:25

15             MR. PRIORE:  Objection to form.                     09:32:25

16             Go ahead.                                           09:32:27

17             MR. MILBY:  Go off for one second, please.          09:33:11

18             THE VIDEOGRAPHER:  We are going off record.         09:33:13

19   The time is 9:32 a.m.                                         09:33:15

20                  (A recess was taken.)                          09:33:17

21             MR. PRIORE:  When we went off the video             09:34:26

22   record, counsel went in and produced what appears to be      09:34:27

23   a magazine that I've never seen before and it's not been     09:34:31

24   produced in discovery.                                       09:34:36

25             It's dated -- appears to be February 2012,          09:34:39

Zvi Ryzman   September 25, 2012

1    Beauty Store Business Magazine.                          09:34:41

2           Mr. Ryzman's picture is on the cover.  I've       09:34:45

3    never seen this magazine before.  It wasn't produced in  09:34:48

4    Rule 26 disclosures.                                     09:34:52

5           It certainly wasn't produced in response to       09:34:54

6    our written discovery.                                   09:34:57

7           I have a problem with counsel presenting or       09:34:59

8    questioning Mr. Ryzman without having previously         09:35:01

9    provided it to us.                                       09:35:05

10          I don't know why it wasn't produced before if     09:35:06

11   he intended to use it as an exhibit or discuss it at     09:35:10

12   deposition.                                              09:35:13

13          MR. MILBY:  I didn't intend to use it.  And I     09:35:13

14   didn't have it at the time the Rule 26 disclosures.  I   09:35:18

15   don't know if I had it when he answered discovery or if  09:35:22

16   it was called for in the discovery.                      09:35:25

17          It was brought to my attention and somebody       09:35:27

18   handed it to me.                                         09:35:29

19          MR. PRIORE:  When was it handed to you?           09:35:30

20          MR. MILBY:  A couple months ago.                  09:35:33

21          MR. PRIORE:  I'm seeing it now for the first      09:35:35

22   time.                                                    09:35:36

23          MR. MILBY:  I frankly didn't think much of it.    09:35:37

24   I think, probably, it might be relevant.  Your objection 09:35:39

25   is on the record.  And if you want to --                 09:35:42

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | MR. PRIORE:  Well, what specifically are we | 09:35:45 |
| 2 | talking about? | 09:35:47 |
| 3 | MR. MILBY:  I'm going to ask him about an | 09:35:48 |
| 4 | interview that he gave to Beauty Store Business | 09:35:50 |
| 5 | Magazine. | 09:35:51 |
| 6 | MR. PRIORE:  Well, again, I have a problem | 09:35:55 |
| 7 | with that. | 09:35:57 |
| 8 | MR. MILBY:  Well, you can, I guess, raise it | 09:35:58 |
| 9 | with the judge.  If it's -- I mean, we can do the | 09:36:01 |
| 10 | questions now. | 09:36:05 |
| 11 | And if you want to claim that it's not | 09:36:06 |
| 12 | admissible for some reason, then we'll deal with that | 09:36:08 |
| 13 | then. | 09:36:11 |
| 14 | MR. PRIORE:  Or we could not use it and deal | 09:36:12 |
| 15 | with it later. | 09:36:14 |
| 16 | MR. MILBY:  Let's push on.  And if it's a | 09:36:16 |
| 17 | problem, then you'll tell me. | 09:36:19 |
| 18 | THE VIDEOGRAPHER:  Back on the video. | 09:36:23 |
| 19 | MR. MILBY:  Yes. | 09:36:25 |
| 20 | THE VIDEOGRAPHER:  Thank you. | 09:36:26 |
| 21 | Standby, please. | 09:36:26 |
| 22 | We are back on the record.  The time -- | 09:36:28 |
| 23 | MR. PRIORE:  Stay off the video, please. | 09:36:31 |
| 24 | Can I see it and read it before we talk about | 09:36:32 |
| 25 | it? | 09:36:35 |

Zvi Ryzman   September 25, 2012

| | | |
|---|---|---|
| 1 | MR. MILBY:  Sure. | 09:36:37 |
| 2 | MR. PRIORE:  Okay. | 09:39:16 |
| 3 | MR. MILBY:  Thank you. | 09:39:18 |
| 4 | MR. PRIORE:  We can proceed.  I'll maintain my | 09:39:19 |
| 5 | objection, but let's proceed. | 09:39:21 |
| 6 | THE VIDEOGRAPHER:  Stand by, please. | 09:39:24 |
| 7 | We are back on the record.  The time is | 09:39:28 |
| 8 | 9:38 a.m. | 09:39:30 |
| 9 | BY MR. MILBY: | 09:39:33 |
| 10 | Q    Mr. Ryzman, do you recall giving an interview | 09:39:34 |
| 11 | to Business Store Magazine for their February 2012 | 09:39:37 |
| 12 | issue? | 09:39:41 |
| 13 | A    Yes. | 09:39:42 |
| 14 | Q    And this is a copy.  I'll Mark this as Exhibit | 09:39:42 |
| 15 | 6.  But this is a copy of the article that was written | 09:39:44 |
| 16 | about you; correct? | 09:39:47 |
| 17 | A    Yes. | 09:39:48 |
| 18 | Q    Okay.  And you did granted them an interview | 09:39:48 |
| 19 | for the purpose of their writing this article; correct? | 09:39:51 |
| 20 | A    Correct. | 09:39:56 |
| 21 | Q    The -- in this article you were asked -- I'm | 09:40:17 |
| 22 | sorry.  It says that you indicated to the person that | 09:40:27 |
| 23 | was interviewing you that manufactures' reps are an | 09:40:31 |
| 24 | important part of your equation for success in the open | 09:40:34 |
| 25 | line salon products lost landscape often providing | 09:40:37 |

| | | |
|---|---|---|
| 1 | information to Ryzman regarding possible lines for | 09:40:45 |
| 2 | acquisition. | 09:40:49 |
| 3 | How was that a true statement?  Did you say | 09:40:51 |
| 4 | that? | 09:40:56 |
| 5 | A    Probably. | 09:40:56 |
| 6 | Q    How is it that these manufacturers' reps | 09:40:57 |
| 7 | provide that information to you? | 09:41:00 |
| 8 | A    Pick up the phone and call if there's company | 09:41:05 |
| 9 | for sale. | 09:41:17 |
| 10 | Q    How frequently does that happen? | 09:41:18 |
| 11 | A    Whenever they have a company to sell. | 09:41:18 |
| 12 | Q    It also says in here that Ryzman typically | 09:41:25 |
| 13 | attended two shows annually:  Cosmoprof North America | 09:41:28 |
| 14 | and the Western Buying Conference in January in Las | 09:41:32 |
| 15 | Vegas. | 09:41:36 |
| 16 | Is that true that you go to the Western Buying | 09:41:36 |
| 17 | Conference every year? | 09:41:38 |
| 18 | A    No. | 09:41:41 |
| 19 | Q    Okay.  So you're testimony is that the | 09:41:45 |
| 20 | importance of the manufacturer's reps, in terms of | 09:42:09 |
| 21 | providing you information, that is that once in a while | 09:42:12 |
| 22 | they pick up the phone and call you to give you | 09:42:15 |
| 23 | information about a company to buy? | 09:42:17 |
| 24 | A    Correct. | 09:42:19 |
| 25 | MR. PRIORE:  Objection to form. | 09:42:19 |

| | | |
|---|---|---|
| 1 | Go ahead. | 09:42:20 |
| 2 | THE WITNESS:  Correct. | 09:42:21 |
| 3 | MR. MILBY:  We can make copies of the relevant | 09:42:25 |
| 4 | imagines.  We'll mark that as 6. | 09:42:28 |
| 5 | (Deposition Exhibit 6 was marked for | 09:42:32 |
| 6 | identification.) | 09:42:32 |
| 7 | MR. MILBY:  Let's take a break and I'll talk | 09:43:05 |
| 8 | to you outside and see if we can -- | 09:43:07 |
| 9 | THE VIDEOGRAPHER:  We are going off the | 09:43:10 |
| 10 | record.  The time is 9:42 a.m. | 09:43:12 |
| 11 | (A recess was taken.) | 09:43:14 |
| 12 | MR. MILBY:  We had a discussion off the | 09:48:52 |
| 13 | record, Mr. Priori and myself, about how to resolve the | 09:48:53 |
| 14 | dispute over whether or not Mr. Ryzman has to answer | 09:48:58 |
| 15 | financial questions about the financial -- American | 09:49:02 |
| 16 | International's finances. | 09:49:04 |
| 17 | We have agreed that I will send a set of | 09:49:09 |
| 18 | written questions or interrogatories to Mr. Priori by | 09:49:14 |
| 19 | the end of the week. | 09:49:19 |
| 20 | And he will -- that will give him an | 09:49:21 |
| 21 | opportunity to respond and serve whatever objections he | 09:49:25 |
| 22 | feels appropriate. | 09:49:31 |
| 23 | And that way we can raise it before the judge | 09:49:32 |
| 24 | at that point in time. | 09:49:34 |
| 25 | With that, I will reserve my right to press | 09:49:36 |

| | | |
|---|---|---|
| 1 | the issue today on whether or not Mr. Ryzman has to | 09:49:40 |
| 2 | answer those questions. | 09:49:43 |
| 3 | MR. PRIORE:  Yeah.  And that's correct.  I | 09:49:45 |
| 4 | mean, if it's an issue that has to go to the judge | 09:49:47 |
| 5 | rather than trying to see if we can get the judge back | 09:49:50 |
| 6 | in on the phone, I guess the best way to put the issue | 09:49:54 |
| 7 | to the judge is to have specific questions posed to the | 09:49:58 |
| 8 | interrogatories. | 09:50:02 |
| 9 | We'll object -- our objections, in terms of | 09:50:03 |
| 10 | whether it's privileged information or protected | 09:50:04 |
| 11 | business information or what other objections there may | 09:50:09 |
| 12 | be or if we can work it out, we'll work it out in the | 09:50:11 |
| 13 | answers to the interrogatories. | 09:50:16 |
| 14 | Rather than trying to do it today via the | 09:50:18 |
| 15 | deposition, we'll do it in a written fashion. | 09:50:21 |
| 16 | MR. MILBY:  As I've said earlier, I'll agree | 09:50:22 |
| 17 | to keep it confidential if we agree. | 09:50:23 |
| 18 | MR. PRIORE:  We can certainly look into that | 09:50:26 |
| 19 | as well. | 09:50:32 |
| 20 | MR. MILBY:  Proposed agreement. | 09:50:32 |
| 21 | MR. PRIORE:  Under the Federal Rules, we're | 09:54:30 |
| 22 | going to read and sign the transcript. | 09:54:32 |
| 23 | MR. MILBY:  Well have to make arrangements to | 09:54:35 |
| 24 | have the transcript sent to us. | 09:54:38 |
| 25 | THE REPORTER:  Okay. | 09:54:40 |

| | | | |
|---|---|---|---|
| 1 | | MR. PRIORE:   Thank you. | 09:54:41 |
| 2 | | THE VIDEOGRAPHER:   We are back on the record. | 09:54:43 |
| 3 | The time is 9:54 a.m. | | 09:54:44 |
| 4 | BY MR. MILBY: | | 09:54:50 |
| 5 | Q | Mr. Ryzman, does American International | 09:54:51 |
| 6 | Industries belong to any trade associations? | | 09:54:53 |
| 7 | A | I don't know.  I don't. | 09:55:06 |
| 8 | Q | Do you personally participate in any trade | 09:55:08 |
| 9 | organizations? | | 09:55:13 |
| 10 | A | No. | 09:55:15 |
| 11 | Q | Associations? | 09:55:15 |
| 12 | A | No. | 09:55:16 |
| 13 | Q | Are there any trade awards that you're aware | 09:55:16 |
| 14 | of? | | 09:55:20 |
| 15 | A | No. | 09:55:21 |
| 16 | Q | You're not aware of whether American | 09:55:22 |
| 17 | International has received any awards in its industry? | | 09:55:23 |
| 18 | A | No. | 09:55:27 |
| 19 | Q | None? | 09:55:28 |
| 20 | A | None. | 09:55:29 |
| 21 | Q | Okay. | 09:55:30 |
| 22 | A | Not that I'm aware of. | 09:55:34 |
| 23 | Q | I'm sorry. | 09:55:37 |
| 24 | A | None that I am aware of. | 09:55:38 |
| 25 | Q | Okay.  Who are your largest competitors? | 09:55:41 |

Zvi Ryzman   September 25, 2012

| | | | |
|---|---|---|---|
| 1 | A | I don't know. | 09:56:01 |
| 2 | Q | You don't know who they are? | 09:56:02 |
| 3 | A | (Inaudible response.) | 09:56:04 |
| 4 | | MR. MILBY:  That's all I have. | 09:56:09 |
| 5 | | THE WITNESS:  Thank you. | 09:56:13 |
| 6 | | MR. PRIORE:  No questions. | 09:56:14 |
| 7 | | THE VIDEOGRAPHER:  This is the end of Tape | 09:56:17 |
| 8 | Number 1 and marks the conclusion of today's deposition | | 09:56:18 |
| 9 | of Mr. Zvi Ryzman.  The time is 9:55 a.m.  We are off | | 09:56:21 |
| 10 | the record. | | 09:56:28 |
| 11 | | (WHEREUPON THE DEPOSITION WAS ADJOURNED | |
| 12 | | AT 9:56 A.M.) | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

1   STATE OF CALIFORNIA      )
                            )   SS.
2   COUNTY OF LOS ANGELES    )

3

4

5        I, ZVI RYZMAN, hereby certify under penalty of perjury

6   under the laws of the State of California that the

7   foregoing is true and correct.

8        Executed this _____ day of

9   _____, 2012, at

10  _____, California.

11

12

13

14

15

16                   _____

17                             ZVI RYZMAN

18

19

20

21

22

23

24

25

Zvi Ryzman   September 25, 2012

```
1              Depositions Officer's Certificate

2

3    United States District Court   )
                                    )   SS.
4                                   )
     Central District of California )

5

6         I, April R. Cruz Caculitan, hereby certify:

7         I am a duly qualified certified shorthand reporter in

8    the state of California, holder of Certificate Number CSR

9    12437, issued by the Court Reporters Board of California

10   and which is in full force and effect.  [Fed. R. DIV. P.

11   28(A)].

12        I am authorized to administer oaths or affirmations

13   pursuant to California Code of Civil Procedure, Section

14   2093(B) and prior to being examined, the deponent was first

15   duly sworn by me.  [FED. R. CIV. P. 28(A), 30(F).(1)]

16        I am not a relative or employee or attorney or counsel

17   of any of the parties, nor am I a relative or employee of

18   such attorney or counsel, nor am I financially interested

19   in this action. [Fed. R. CIV. P. 28].

20        I am the deposition officer that stenographically

21   recorded the testimony in the foregoing deposition and the

22   foregoing transcript that is a true record of the testimony

23   given by the deponent. [Fed. R. CIV. P. 30(F)(1)].

24        Before completion of the deposition, review of the

25   transcript [x] was [ ] was not requested.  If requested,
```

1    any changes made by the deponent (and provided to the

2    reporter) during the period allowed are appended hereto.

3    [FED. R. CIV. P. 30(E)].

4

5

6              Dated:_____,_____,2012

7

8

9

10

11

12

13              _____

14              April R. Cruz Caculitan

15              Certified Shorthand Reporter

16              State of California

17

18

19

20

21

22

23

24

25