THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUTUAL INDUSTRIES, INC. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 11-5007 |
| | : | |
| AMERICAN INTERNATIONAL INDUSTRIES | : : | |

# ORDER

**AND NOW**, this 15th day of July, 2013, upon consideration of Plaintiff's Motion to Compel (ECF No. 27), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. To the extent that Defendant has information or documents responsive to Plaintiff's Interrogatories, and Document Requests, it shall produce the information and/or the documents.

2. With respect to any documents withheld on the basis of work product or attorney-client privilege, the Defendant shall provide a detailed log to Plaintiff of the documents withheld and the basis for any privilege asserted.

3. The Motion is denied with respect to Plaintiff's request for sanctions.

**IT IS SO ORDERED.**

                                                    **BY THE COURT:**

                                                    _____
                                                    **R. BARCLAY SURRICK, J.**