THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUTUAL INDUSTRIES, INC. | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 11-5007 |
| AMERICAN INTERNATIONAL INDUSTRIES | : : | |

**ORDER**

**AND NOW**, this  28th   day of   March   , 2014, upon consideration of Defendant's Motion for a Protective Order (ECF No. 37) and Plaintiff's Motion for Sanctions (ECF No. 38), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion for a Protective Order is **DENIED**;

2. Defendant shall produce the information immediately;

3. Plaintiff's Motion for Sanctions is **GRANTED** in part and **DENIED** in part;

4. Defendant shall pay Plaintiff's reasonable attorney's fees related to opposing Defendant's Motion for a Protective Order and bringing its Motion for Sanctions;

5. Plaintiff shall submit an itemized list of attorney's fees for review within 10 days of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**