THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MUTUAL INDUSTRIES, INC. | : | |
| --- | --- | --- |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| AMERICAN INTERNATIONAL INDUSTRIES | : : | NO. 11-5007 |

**O R D E R**

**AND NOW**, this 24th day of May, 2017, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 30), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                      **BY THE COURT:**

                                      **R. BARCLAY SURRICK, J.**